# EXHIBIT 3
# Boston Police Department Trust Act Report (2015)



*DEPARTMENT*

One Schroeder Plaza, Boston, MA 02120-2014

June 15, 2016

Maureen Feeney
City Clerk
1 City Hall Square, Room 601
Boston, MA 02201

Re:   Boston Trust Act
      Reporting

Dear Clerk Feeney,

Please find the following information regarding civil immigration detainer requests for calendar year 2015. This information is being provided pursuant to Section 3 of the Boston Trust Act.

1. The Department received nine (9) civil immigration detainer requests. These were all Department of Homeland Security Civil Immigration Enforcement Priority Cases.

2. Nine (9) individuals were detained following receipt of a civil immigration detainer request.

3. Nine (9) individuals were transferred to ICE custody following receipt of a civil immigration detainer request.

4. The Department did not receive any cost reimbursements from the federal government pursuant to any granted detainer requests.

Please do not hesitate to contact me if you have any questions regarding this information.

Sincerely,

*[Signature: William B. Evans]*

William B. Evans
Police Commissioner

Mayor Martin J. Walsh