# EXHIBIT 4
# Boston Police Department Trust Act Report (2016)

# Boston Police

Office of the Police Commissioner1 Schroeder Plaza, Boston, MA 02120-2014

January 31, 2017

Maureen Feeney
City Clerk
1 City Hall Square, Room 601
Boston, MA 02201

Re:  Boston Trust Act
     2016 Reporting

Dear Clerk Feeney,

Please find the following information regarding civil immigration detainer requests for calendar year 2016. This information is being provided pursuant to Section 3 of the Boston Trust Act.

In 2016, ICE lodged fifteen (15) civil immigration detainer requests.

- All fifteen (15) individuals in Boston Police Department custody were given access to the Bail Commissioner.
    - Three (3) of the individuals posted bail and were released from Department custody prior to arraignment.
    - Twelve (12) of the individuals were transported to the court for arraignment directly from Department custody. Once a suspect is transferred to Court, the Department no longer has authority to hold them.
    - The Department did not directly transfer any of the suspects to ICE custody.

- The Department did not receive any cost reimbursements from the federal government pursuant to any granted detainer requests.

Please do not hesitate to contact me if you have any questions regarding this information.

Sincerely,

William B. Evans
Police Commissioner