# EXHIBIT 7
# Boston Police Department Trust Act Report (2021)

**Boston Police**
DEPARTMENT

1 Schroeder Plaza, Boston, MA 02120-2014

December 31, 2021

Maureen Feeney
City of Boston City Clerk
1 City Hall Square
Room 601
Boston, MA 02201-2014

Boston City Clerk Feeney:

The Boston Trust Act requires the Police Commissioner of the Boston Police Department to submit a report to the Clerk of the City of Boston no later than December 31 of each year. The report includes statistical information on civil immigration detainer requests made by the U.S. Immigration and Customs Enforcement (ICE) to the Boston Police Department.

Please accept this annual report for calendar year 2021. Per the requirements of the ordinance:

a) A statistical breakdown of the total number of civil immigration detainer requests lodged with the City's law enforcement officials, organized by reason(s) given for the request;

   **Two civil immigration detainer requests were lodged with the BPD during calendar year 2021, reason given for both was: "DHS has determined that probable cause exists that the subject is a removable alien."**

   **The First request went to District D14 on July 1, 2021. It was not acted upon per the Boston Trust Ordinance.**

   **The Second request went to District E18 on December 27, 2021. It was not acted upon per the Boston Trust Ordinance.**

b) A statistical breakdown of the total number of individuals that City law enforcement detained pursuant to Section 2, organized by the reason(s) supporting the detention;

   **Zero individuals were detained by the BPD pursuant to Section 2.**

c) Total number of individuals transferred to ICE custody;

   **Zero individuals were transferred to ICE custody.**

d) Total cost reimbursements received from the federal government pursuant to Section 2, organized by individual case.

**Zero cost reimbursements were received from the federal government pursuant to Section 2.**

The Boston Police Department remains committed to the Boston Trust Act and strengthening relationships with all our communities. Boston's immigrant community should feel safe in reporting crime and in proactively engaging with the Boston Police Department.

Thank you.

Sincerely,

*Gregory P. Long*

Gregory P. Long
Superintendent In Chief