# EXHIBIT 8
# Boston Police Department Trust Act Report (2022)



1 Schroeder Plaza, Boston, MA 02120-2014

December 31, 2022

Alex Geourntas
City of Boston City Clerk
1 City Hall Square
Room 601
Boston, MA 02201-2014

Boston City Clerk Geourntas:

The Boston Trust Act requires the Police Commissioner of the Boston Police Department to submit a report to the Clerk of the City of Boston no later than December 31 of each year. The report includes statistical information on civil immigration detainer requests made by the U.S. Immigration and Customs Enforcement (ICE) to the Boston Police Department.

Please accept this annual report for calendar year 2022. Per the requirements of the ordinance:

a) A statistical breakdown of the total number of civil immigration detainer requests lodged with the City's law enforcement officials, organized by reason(s) given for the request;

   **Twelve civil immigration detainer requests were lodged with the BPD during calendar year 2022, reason given for all was: "DHS has determined that probable cause exists that the subject is a removable alien."**

   **The first request went to District B-3 on February 18, 2022. It was not acted upon per the Boston Trust Ordinance.**

   **The second request went to District B-2 on February 23, 2022. It was not acted upon per the Boston Trust Ordinance.**

   **The third request went to District B-3 on April 25, 2022. It was not acted upon per the Boston Trust Ordinance.**

   **The fourth request went to District B-2 on May 7, 2022. It was not acted upon per the Boston Trust Ordinance.**

   **The fifth request went to District B-3 on July 12, 2022. It was not acted upon per the Boston Trust Ordinance.**

   **The sixth request went to District B-3 on September 30, 2022. It was not acted upon per the Boston Trust Ordinance.**

Page Two

    The seventh request went to District B-3 on November 15, 2022. It was not acted upon per the Boston Trust Ordinance.

    The eighth request went to District B-2 on November 16, 2022. It was not acted upon per the Boston Trust Ordinance.

    The ninth request went to District C-11 and District E5 on December 9, 2022. It was not acted upon per the Boston Trust Ordinance.

    The tenth request went to District C-11 and District E5 on December 9, 2022. It was not acted upon per the Boston Trust Ordinance.

    The eleventh request went to District E-5 on December 9, 2022. It was not acted upon per the Boston Trust Ordinance.

    The twelfth went to District E-18 on December 14, 2022. It was not acted upon per the Boston Trust Ordinance.

b) A statistical breakdown of the total number of individuals that City law enforcement detained pursuant to Section 2, organized by the reason(s) supporting the detention;

**Zero individuals were detained by the BPD pursuant to Section 2.**

c) Total number of individuals transferred to ICE custody;

**Zero individuals were transferred to ICE custody.**

d) Total cost reimbursements received from the federal government pursuant to Section 2, organized by individual case.

**Zero cost reimbursements were received from the federal government pursuant to Section 2.**

The Boston Police Department remains committed to the Boston Trust Act and strengthening relationships with all our communities. Boston's immigrant community should feel safe in reporting crime and in proactively engaging with the Boston Police Department. Thank you.

                                                          Sincerely,

                                                          Michael A. Cox
                                                          Police Commissioner