# EXHIBIT 10
# Boston Police Department Trust Act Report (2024)



1 Schroeder Plaza, Boston, MA 02120-2014

December 31, 2024

Alex Geourntas
City of Boston City Clerk
1 City Hall Square
Room 601
Boston, MA 02201-2014

Boston City Clerk Geourntas:

Pursuant to the Boston Trust Act, below please find statistical information on civil immigration detainer requests made by the U.S. Immigration and Customs Enforcement (ICE) to the Boston Police Department in 2024. Civil immigration detainer requests are received via facsimile (fax) and the Department does not maintain a separate database of requests received to ensure continued compliance with the Boston Trust Act. Information reported below is based on requests received by the Department's eleven police districts and reported to the Office of the Police Commissioner per Special Order 21-63.

Please accept this annual report for calendar year 2024 per the requirements of the Trust Act:

a) A statistical breakdown of the total number of civil immigration detainer requests lodged with the City's law enforcement officials, organized by reason(s) given for the request;

   **Fifteen civil immigration detainer requests were lodged with the BPD during calendar year 2024. The reason given for all was: "DHS has determined that probable cause exists that the subject is a removable alien."**

   **The First request went to District B3 on January 3, 2024. It was not acted upon per the Boston Trust Act.**

   **The Second request went to District B3 on January 23, 2024. It was not acted upon per the Boston Trust Act.**

   **The Third request went to District E13 on February 17, 2024. It was not acted upon per the Boston Trust Act.**

   **The Fourth request went to District B3 on February 29, 2024. It was not acted upon per the Boston Trust Act.**

   **The Fifth request went to District E13 on March 1, 2024. It was not acted upon per the Boston Trust Act.**

The Sixth request went to District B3 on April 3, 2024. It was not acted upon per the Boston Trust Act.

The Seventh request went to District B3 on April 5, 2024. It was not acted upon per the Boston Trust Act.

The Eighth request went to District B3 April 23, 2024. It was not acted upon per the Boston Trust Act.

The Nineth request went to District C11 on April 29, 2024. It was not acted upon per the Boston Trust Act.

The Tenth request went to District C11 July 23, 2024. It was not acted upon per the Boston Trust Act.

The Eleventh request went to District C11 on July 28, 2024. It was not acted upon per the Boston Trust Act.

The Twelfth request went to District C11 on September 11, 2024. It was not acted upon per the Boston Trust Act.

The Thirteenth request went to District C11 on November 17, 2024. It was not acted upon per the Boston Trust Act.

The Fourteenth request went to District C11 on December 9, 2024. It was not acted upon per the Boston Trust Act.

The Fifteenth request went to District C11 on December 23, 2024. It was not acted upon per the Boston Trust Act.

b) A statistical breakdown of the total number of individuals that City law enforcement detained pursuant to Section 2, organized by the reason(s) supporting the detention;

**Zero individuals were detained by the BPD pursuant to Section 2.**

c) Total number of individuals transferred to ICE custody;

**Zero individuals were transferred to ICE custody.**

d) Total cost reimbursements received from the federal government pursuant to Section 2, organized by individual case.

**Zero cost reimbursements were received from the federal government pursuant to Section 2.**

The Boston Police Department remains committed to complying with the Boston Trust Act and to building and strengthening relationships and trust with all our communities. Boston's immigrant communities should feel safe in reporting crime and quality of life issues to the Department and in proactively engaging with all members of the Boston Police Department.

Thank you.

Sincerely,

Michael A. Cox
Police Commissioner