# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-12456 |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 09/05/2025

/s/ Jordan A. Hulseberg
*Attorney's signature*

Jordan A. Hulseberg, D.C. Bar No. 90033542
*Printed name and bar number*

United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
*Address*

Jordan.A.Hulseberg2@usdoj.gov
*E-mail address*

(202) 598-3856
*Telephone number*

*FAX number*

Print    Save As...    Reset