# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SEP 17 '25 PM 2:33

THE UNITED STATES OF AMERICA

*Plaintiff*

v.

Civil Action No.: 1:25−CV−12456−LTS

THE CITY OF BOSTON, ET AL.

*Defendant*

Received
U.S. Attorney's Office - MA
SEP 17 2025

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Michael A. Cox
    in his official capacity as Commissioner of the Boston Police Dep.
    c/o City Clerk
    City Hall, Room 601
    1 City Hall Square,
    Boston, MA 02201

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − Nilsa Barbosa

*Signature of Clerk or Deputy Clerk*

SUMMONS

ISSUED ON 2025−09−05 10:28:05, Clerk USDC DMA

Civil Action No.: 1:25-CV-12456-LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

September 12, 2025

I hereby certify and return that on 9/11/2025 at 10:40 AM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Regin Desir, agent and person in charge at the time of service for Michael Cox, at C/o Boston Police Department One City Hall Plaza Boston, MA 02109 . Administrative Fee ($15.00) Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) Deputy Expense ($5.00) Total: $57.30

Deputy Sheriff    Joseph Casey

*Joseph P. Casey*
**Deputy Sheriff**