# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA

*Plaintiff*

v.

THE CITY OF BOSTON, ET AL.

*Defendant*

Civil Action No.: **1:25−CV−12456−LTS**

Received
U.S. Attorney's Office - MA
SEP 17 2025

SEP 17 '25 PM 2:20

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City of Boston
c/o City Clerk
City Hall, Room 601
1 City Hall Square,
Boston, MA 02201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − Nilsa Barbosa

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025−09−05 10:28:05, Clerk USDC DMA

Civil Action No.: 1:25−CV−12456−LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**September 12, 2025**

**I hereby certify and return that on 9/11/2025 at 10:40 AM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Regin Desir, agent and person in charge at the time of service for The City of Boston, at c/o City Clerk City Hall Room 601 Boston, MA . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) Total: $36.00**

Deputy Sheriff     Joseph Casey

*Joseph P. Casey*

*Deputy Sheriff*