UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-12456-LTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity, | |
| Defendants. | |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(b), the parties jointly request that the Court enlarge the deadline for Defendants' (collectively, the "City's") response to the Complaint, and any subsequent corresponding deadlines for Plaintiff's response or the City's reply. As grounds for this motion, the parties state:

1.  Plaintiff served the Complaint on the City on September 11, 2025. The City has not yet filed a responsive pleading.

2.  The parties have conferred with respect to a schedule for the City's response to the Complaint. The City requires additional time to prepare a response given the complexity and seriousness of the issues involved. Plaintiff would correspondingly require additional time to respond to any dispositive motion filed by the City. Neither party opposes the other's request, and no party will suffer prejudice by this extension of time. Accordingly, the parties request the

following deadlines:

- Defendants' response to Complaint: **November 17, 2025**

- Plaintiffs' response to any motion to dismiss: **December 17, 2025**

- Defendants' reply in support of any motion to dismiss: **January 7, 2026**

## Conclusion

For good cause shown under Fed. R. Civ. P. 6(b), the parties respectfully request that the Court allow their joint motion.

Dated: September 26, 2025

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By its attorneys: | By their attorneys: |
| | Adam N Cederbaum, Corporation Counsel |
| */s/ James J. Wen* | */s/ Samuel B. Dinning* |
| Cristen C. Handley | Samuel B. Dinning (BBO # 704304) |
| Jordan A. Hulseberg | Edward F. Whitesell, Jr. (BBO # 644331) |
| Elisabeth J. Neylan | Thomas J. Broom (BBO # 703136) |
| James J. Wen | Senior Assistant Corporation Counsels |
| Trial Attorneys | City of Boston Law Department |
| U.S. Department of Justice | One City Hall Plaza, Room 615 |
| Civil Division, Federal Programs Branch | Boston, MA 02201 |
| 1100 L Street NW | (617) 635-4034 |
| Washington, DC 20005 | samuel.dinning@boston.gov |
| (202) 616-8185 | edward.whitesell@boston.gov |
| James.J.Wen@usdoj.gov | thomas.broom@boston.gov |

## **Certificate of Service**

I hereby certify that on **September 26, 2025**, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Samuel B. Dinning*
Samuel B. Dinning
