UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>        Defendants. | Civil Action No. 1:25-CV-12456-LTS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

      Please enter the appearance of Thomas J. Broom as counsel of record for Defendants City of Boston the Boston Police Department, Michelle Wu, and Michael A. Cox in the above-captioned matter.

Dated: November 12, 2025

                                            Respectfully submitted,

                                            **CITY OF BOSTON,**
                                            **MICHELLE WU, AND**
                                            **MICHAEL A. COX**

                                            by their attorneys,

                                            Adam N. Cederbaum
                                            *Corporation Counsel*

                                              /s/ Thomas J. Broom
                                            Thomas J. Broom (BBO # 703136)
                                            *Senior Assistant Corporation Counsel*
                                            City of Boston Law Department
                                            1 City Hall Square, Room 615
                                            Boston, MA 02201

- 2 -

(617) 635-2013
Thomas.Broom@Boston.gov

## CERTIFICATE OF SERVICE

    I, Thomas J. Broom, hereby certify that on this date I served a copy of the foregoing document via electronic filing (ECF) on all counsel of record.

| | |
|---|---|
| <u>November 12, 2025</u> | <u>    /s/ Thomas J. Broom    </u> |
| Date | Thomas J. Broom |