## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,

        Defendants.

Civil Action No. 1:25-CV-12456-LTS

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

      NOW COME the Defendants, City of Boston, the Boston Police Department, Michelle Wu, and Michael A. Cox (collectively, the "City"), to respectfully request that this Court dismiss the United States' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The Complaint fails to state any claim that the Immigration and Nationality Act preempts the Boston Trust Act, either impliedly or expressly (Count I). Similarly, the United States has failed to state any claim that the Boston Trust Act impermissibly discriminates against (Count II) or regulates (Count III) the United States. Finally, the United States has failed to demonstrate that the Boston Police Department and the individually named Defendants are proper parties, and has failed to state a claim and establish standing as to either individually named Defendant. The grounds for this motion are set forth in the accompanying Memorandum of Law.

      WHEREFORE, the City respectfully requests that this Court **DISMISS** the United States' Complaint with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the City requests oral argument given the significance of the issues at bar and their effect on the public interest.

Dated: November 17, 2025

Respectfully submitted,

**CITY OF BOSTON,
MICHELLE WU,
BOSTON POLICE DEPARTMENT,
AND MICHAEL A. COX**

By their attorneys:

Adam N. Cederbaum
*Corporation Counsel*

*/s/ Samuel B. Dinning*
Samuel B. Dinning (BBO # 704304)
Edward Whitesell (BBO # 644331)
Thomas J. Broom (BBO # 703136)
Senior Assistant Corporation Counsels
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4034
samuel.dinning@boston.gov
edward.whitesell@boston.gov
thomas.broom@boston.gov

Erin Monju (DC Bar # 90036952)*
Toby Merrill (BBO # 601071)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
erin@publicrightsproject.org
toby@publicrightsproject.org

* *Pro hac vice* motion forthcoming

## **CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE**

As required by D. Mass. Local Rule 7.1(a)(2), the parties met on November 12, 2025, in an attempt to narrow or resolve the issues presented in this motion. Despite good-faith efforts, the parties were unable to do so.

November 17, 2025                                        /s/ Samuel B. Dinning
Date                                                                    Samuel B. Dinning

## **CERTIFICATE OF SERVICE**

I, Samuel B. Dinning, hereby certify that on this date I served a copy of the foregoing document via electronic filing (ECF) on all counsel of record.

November 17, 2025                                        /s/ Samuel B. Dinning
Date                                                                    Samuel B. Dinning