AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-CV-12456-LTS |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:  11/20/2025

/s/ Erin Monju
*Attorney's signature*

Erin Monju
*Printed name and bar number*

Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
*Address*

erin@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*