## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA,

               Plaintiff,

v.

THE CITY OF BOSTON; MICHELLE WU,
Mayor of the City of Boston, in her Official
Capacity; BOSTON POLICE DEPARTMENT;
MICHAEL A. COX, Police Commissioner, in
his Official Capacity,

               Defendants.

Civil Action No. 1:25-CV-12456-LTS

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

       Please enter the appearance of attorney Edward F. Whitesell, Jr. in the above-captioned

matter as counsel for the City of Boston, Michelle Wu, and Michael A. Cox.

Dated: November 21, 2025

Respectfully submitted,
**CITY OF BOSTON,**
**MICHELLE WU, AND**
**MICHAEL A. COX**

By their attorney:

ADAM CEDERBAUM
Corporation Counsel

*/s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

**Certificate of Service**

I, Edward F. Whitesell, Jr., hereby certify that on November 21, 2025, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr.