AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-12456-LTS |
| CITY OF BOSTON, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commonwealth of Massachusetts, Amicus Curiae.

Date: 11/24/2025

/s/ Jared B. Cohen
*Attorney's signature*

Jared B. Cohen (BBO No. 689217)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Address*

jared.b.cohen@mass.gov
*E-mail address*

(617) 963-2833
*Telephone number*

*FAX number*