UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>Defendants. | Civil Action No. 1:25-cv-12456 |

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE COMMONWEALTH OF MASSACHUSETTS AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Proposed Amicus Curiae the Commonwealth of Massachusetts moves this Court for leave to file an amicus brief in support of Defendants' Motion to Dismiss the Complaint (Doc. No. 15). In support of this motion, the Commonwealth asserts the following:

1. The Commonwealth of Massachusetts has a sovereign state interest in the resolution of issues and disputes regarding the participation of state and local officials in federal immigration enforcement, and limitations on that participation under both state and federal law.

2. The Commonwealth of Massachusetts supports Defendants' Motion to Dismiss because states and their political subdivisions have the authority and responsibility to maintain public safety and community welfare, and if state and local law enforcement is required to participate in federal immigration enforcement, those interests will be severely harmed.

1

3. It is within the Court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4. The proposed amicus brief will assist the Court in its consideration of the pending motion because the Commonwealth of Massachusetts can speak to local municipalities' need to comply with state law limitations on participation in federal civil immigration enforcement, and to state and local interests in making their own judgments about how to maintain public safety. A decision in favor of the United States in this case would negatively affect the Commonwealth and its residents across Massachusetts, and would be contrary to principles of federalism that give the Commonwealth and its subdivisions (including cities and towns) in Massachusetts police power over the general welfare of their citizens.

5. Counsel for the Commonwealth of Massachusetts have conferred with counsel of record for the parties in this case, and the Plaintiff and Defendants do not oppose this motion.

6. If granted leave to file, the Commonwealth intends to file the attached, proposed amicus brief well before Plaintiff's opposition to the motion to dismiss is due, which under the parties' proposed briefing schedule is December 17.

For the foregoing reasons, the Commonwealth of Massachusetts respectfully requests that the Court grant its motion for leave to file an amicus brief in support of Defendants' Motion to Dismiss (Doc. No. 15).

Respectfully submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General for the Commonwealth of
Massachusetts

/s/ *Jared B. Cohen*
Tasha J. Bahal, BBO No. 675935
  *Deputy State Solicitor*
Elizabeth D. Matos, BBO No. 671505
  *Chief, Civil Rights Division*
David R. Rangaviz, BBO No. 681430
Jared B. Cohen, BBO No. 689217
Isabelle Longfellow, BBO No. Pending
  *Assistant Attorneys General, Civil Rights Division*
One Ashburton Place
Boston, MA 02108
(617) 963-2833
jared.b.cohen@mass.gov

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Jared B. Cohen, Assistant Attorney General, hereby certify that I have conferred with counsel of record for the parties in this case via email on November 18, 2025, in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed.

/s/ *Jared B. Cohen*
Jared B. Cohen
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, Jared B. Cohen, hereby certify that I have this day, November 24, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ *Jared B. Cohen*
Jared B. Cohen
Assistant Attorney General