UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>       Plaintiff**,**<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>       Defendants**.** | )<br>)<br>) **CIVIL ACTION**<br>) **NO. 1:25-cv-12456-LTS**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF LAURA GREENBERG-CHAO

 Please enter the appearance of Laura Greenberg-Chao, Esq. on behalf of Amici Curiae 27 Cities, Counties, and Elected Officials in the above-captioned action.

                Respectfully submitted,

                */s/ Laura Greenberg-Chao*
                Laura Greenberg-Chao, BBO # 650916
                 lgreenbergchao@henshon.com
                HENSHON KLEIN LLP
                37 Walnut Street
                Suite 110
                Wellesley, Massachusetts, 02481
                T: (617) 367-1912

Dated:  November 24, 2025