UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                      Plaintiff,<br><br>    v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>                      Defendants. | CIVIL ACTION<br>NO. 1:25-cv-12456-LTS |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RUPA BHATTACHARYYA AS COUNSEL FOR AMICI CURIAE 27 CITIES, COUNTIES, AND ELECTED OFFICIALS**

Pursuant to Rule 83.5.3 of the Local Civil Rules for the United States Court for the District of Massachusetts, Laura Greenberg-Chao, a member of the Bar of this Court and a partner at the law firm Henshon Klein LLP, hereby moves this Court to admit Ms. Rupa Bhattacharyya of the Institute of Constitutional Advocacy and Protection to appear and represent *amici* in this case. In support of this motion, Ms. Greenberg-Chao states the following:

1. The motion is made by a member of the Bar of this Court, Ms. Laura Greenberg-Chao, who has filed an appearance in the above-captioned matter.

2. Attorney Bhattacharyya is an attorney at the public interest organization of the Institute for Constitutional Advocacy and Protection, housed at Georgetown Law, situated at 600 New Jersey Avenue, NW, Washington, DC 20001.

3. Attorney Bhattacharyya is a member of the bar in good standing in the following jurisdictions (See Certification of Rupa Bhattacharyya attached hereto as **Exhibit A**):

- 2 -

- Virginia (38877)

- District of Columbia (1631262)

4. There are no disciplinary proceedings pending against Attorney Bhattacharyya as a member of the bar of any jurisdiction.

5. Attorney Bhattacharyya has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. Attorney Bhattacharyya has paid the required *pro hac vice* registration fee for the admission of an attorney to practice in the U.S. Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that Rupa Bhattacharyya be admitted as counsel *pro hac vice* for amici curiae 27 cities, counties, and elected officials. For the Court's convenience, a proposed order is attached hereto as **Exhibit B.**

Respectfully submitted,

Dated: November 24, 2025

By: */s/ Laura Greenberg-Chao*
Laura Greenberg-Chao BBO# 650916
Email: lgreenbergchao@henshon.com
HENSHON KLEIN LLP
37 Walnut Street, Suite 110
Wellesley, MA 02481
Tel.: (617) 367-1800

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<i><u>/s/ Laura Greenberg-Chao</u></i><br>
Laura Greenberg-Chao