# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>     Plaintiff**,**<br><br>  v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>     Defendants**.** | **CIVIL ACTION<br>NO. 1:25-cv-12456-LTS** |

### CERTIFICATE OF TINESHA ZANDAMELA

In support of my request to appear *pro hac vice* on behalf of *amici curiae* 27 cities, counties, and elected officials in this matter, I hereby certify as follows:

1. I am an attorney at the Institute for Constitutional Advocacy and Protection, housed at Georgetown Law, situated at 600 New Jersey Avenue, NW, Washington, DC 20001. My phone number is (801) 814-8030 and my email address is tcz7@georgetown.edu.

2. I am a member of the bar in good standing in the following jurisdictions:

- District of Columbia (90035492)

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will abide by the same.

6. I have paid the *pro hac vice* registration fee.

- 3 -

I certify under the pains and penalties of perjury that the foregoing statements made by me are true and accurate.

Dated:  November 24, 2025

*/s/ Tinesha Zandamela*
Tinesha Zandamela