# **EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br>　　　　　Defendants. | )<br>)  **CIVIL ACTION**<br>)  **NO. 1:25-cv-12456-LTS**<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION

It appearing to the Court that attorney Tinesha Zandamela meets the *pro hac vice* admission requirements of the United States District Court of Massachusetts, the Motion for Admission *pro hac vice* of attorney Tinesha Zandamela as counsel for *amici curiae* 27 cities, counties, and elected officials to the United States District Court, District of Massachusetts, in the subject case is ALLOWED.

IT IS SO ORDERED.


Dated: This _____ day of _____, 2025.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LEO T. SOROKIN
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE