UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>Defendants. | No. 1:25-cv-12456<br><br>Honorable Leo T. Sorkin |

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 27 CITIES, COUNTIES, AND ELECTED OFFICIALS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Submitted By:

Laura Greenberg-Chao
Henshon Klein LLP
37 Walnut Street, Suite 110
Wellesley Hills, MA 02481
lgreenbergchao@henshon.com

Rupa Bhattacharyya*
Tinesha Zandamela*
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
rupa.bhattacharyya@georgetown.edu
tcz7@georgetown.edu

*Application for admission *pro hac vice* pending

*Attorneys for Proposed Amici Curiae*
*27 Cities, Counties, and Elected Officials*

1

Proposed *Amici Curiae*, 27 cities, counties, and elected officials, move for leave to file an amicus brief in this matter in support of Defendants' Motion to Dismiss. In furtherance of this motion, proposed Amici state as follows:

1. Proposed Amici are cities, counties, and elected officials representing several jurisdictions across more than ten states.

2. They support Defendants' goals in promoting safety, health, and economic stability in their communities.

3. The Court has authority to grant amicus status within its sound discretion. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970).

4. The proposed brief will assist the Court in its consideration of the pending motion to dismiss.  The proposed brief explains how so-called sanctuary policies promote the well-being of communities, including immigrant communities. The brief also explains that local governments have a duty to protect their residents' safety, health, and welfare.

5. A copy of the proposed brief has been submitted with this motion.

6. On November 19, 2025, undersigned counsel Tinesha Zandamela contacted counsel for parties to this litigation by email to seek their position regarding this motion.  Plaintiff's Counsel consented to the filing of a timely amicus brief.  Counsel for the City also consented to the filing of an amicus brief in this matter.

7. Although no rule governs amicus briefs in federal district court, this filing complies with Federal Rule of Appellate Procedure 29(a)(6), which requires an amicus brief be filed "no later than 7 days after the principal brief of the party being supported is filed."  Defendants filed their motion to dismiss on November 17, 2025 (ECF 15), and this amicus brief, in support of the motion to dismiss, is being filed 7 days later on November 24, 2025.

## CONCLUSION

For the foregoing reasons, proposed Amici respectfully request the Court to grant the motion for leave to file the attached brief.

Dated: November 24, 2025

Respectfully submitted,

/s/ *Laura Greenberg-Chao*
Laura Greenberg-Chao
Henshon Klein LLP
37 Walnut Street, Suite 110
Wellesley Hills, MA 02481
lgreenbergchao@henshon.com

/s/ *Tinesha Zandamela*
Rupa Bhattacharyya*
Tinesha Zandamela*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
rupa.bhattacharyya@georgetown.edu
tcz7@georgetown.edu

*Attorneys for Proposed Amici Curiae 27 Cities, Counties, and Elected Officials*

*Application for admission *pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Laura Greenberg-Chao*
Laura Greenberg-Chao