AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-12456-LTS |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed amici curiae Law Enforcement Officials.

Date:   11/24/2025

/s/ Austin Anderson
*Attorney's signature*

Austin P. Anderson (BBO #696414)
*Printed name and bar number*

Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, MA 02109
*Address*

aanderson@andersonkreiger.com
*E-mail address*

(617) 621-6576
*Telephone number*

(617) 621-6600
*FAX number*