UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>                Defendants. | Civil Action No. 1:25-cv-12456-LTS |

**ASSENTED-TO MOTION**
**FOR ADMISSION *PRO HAC VICE* OF AMES C. GRAWERT**

Pursuant to Massachusetts Local Rule 83.5.3(e), Austin P. Anderson, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that Ames C. Grawert be granted leave to appear in this action *pro hac vice* as counsel for proposed *amici curiae* Law Enforcement Officials. In support of this motion, and based on the representations set forth in the attached Declaration of Ames Grawert (Exhibit 1), Mr. Anderson states as follows:

    1.    Ames C. Grawert is Senior Counsel at Brennan Center for Justice, 120 Broadway Suite 1750, New York, New York 10271.

    2.    Mr. Grawert is a member in good standing of the bar of New York, and every jurisdiction where admitted to practice.

    3.    There are no disciplinary proceedings pending against Mr. Grawert as a member of the bar in any jurisdiction.

4. Mr. Grawert has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. Mr. Grawert has read and agrees to comply with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that his Motion for Admission *Pro Hac Vice* of Ames C. Grawert be allowed.  Plaintiff and Defendants have assented to this motion.

                                                Respectfully submitted,

                                                */s/ Austin P. Anderson*
                                                Austin P. Anderson (BBO #696414)
                                                50 Milk Street, 21st Floor
                                                Boston, Massachusetts 02109
                                                (617) 621-6500
                                                aanderson@andersonkreiger.com

November 24, 2025

## Certificate of Compliance with Local Rule 7.1

I certify that I conferred with counsel for the Plaintiff and counsel for the Defendants on November 20, 2025, in an attempt to resolve or narrow the issues presented by this motion.  Both parties assent to the relief sought.

                                                */s/ Austin P. Anderson*
                                                Austin P. Anderson

## Certificate of Service

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system and will be served upon the attorney of record for each party registered to receive electronic service this 24th day of November, 2025.

                                                */s/ Austin P. Anderson*
                                                Austin P. Anderson