# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>      Defendants. | Civil Action No. 1:25-cv-12456-LTS |

**DECLARATION OF AMES C. GRAWERT**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ames Grawert, state as follows:

1. I am an attorney licensed to practice law in New York.

2. I am a Senior Counsel at the Brennan Center for Justice, 120 Broadway, 17th Floor, New York, New York 10271. My work phone number is 646-292-8354, and my work email is grawerta@brennan.law.nyu.edu.

3. I am admitted to practice law in New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Seventh Circuit, and the United States District Court for the Eastern District of New York.

4. I am due to renew my admission in the Second Circuit. Otherwise, I am a member in good standing in every jurisdiction where I am admitted to practice.

5. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

6.     I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2025

/s/ *[signature]*
Ames C. Grawert