UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>                      Defendants. | Civil Action No. 1:25-cv-12456-LTS |

**ASSENTED-TO MOTION
FOR ADMISSION *PRO HAC VICE* OF BRIANNA SEID**

      Pursuant to Massachusetts Local Rule 83.5.3(e), Austin P. Anderson, Esq., a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that Brianna Seid be granted leave to appear in this action *pro hac vice* as counsel for proposed *amici curiae* Law Enforcement Officials. In support of this motion, and based on the representations set forth in the attached Declaration of Brianna Seid (Exhibit 1), Mr. Anderson states as follows:

      1.     Brianna Seid is Counsel at Brennan Center for Justice, 120 Broadway Suite 1750, New York, New York 10271.

      2.     Ms. Seid is a member in good standing of the bar of New York, and every jurisdiction where admitted to practice.

      3.     There are no disciplinary proceedings pending against Ms. Seid as a member of the bar in any jurisdiction.

4. Ms. Seid has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. Ms. Seid has read and agrees to comply with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that his Motion for Admission *Pro Hac Vice* of Brianna Seid be allowed. Plaintiff and Defendants have assented to this motion.

Respectfully submitted,

/s/ Austin P. Anderson
Austin P. Anderson (BBO #696414)
50 Milk Street, 21st Floor
Boston, Massachusetts 02109
(617) 621-6500
aanderson@andersonkreiger.com

November 24, 2025

### Certificate of Compliance with Local Rule 7.1

I certify that I conferred with counsel for the Plaintiff and counsel for the Defendants on November 20, 2025, in an attempt to resolve or narrow the issues presented by this motion. Both parties assent to the relief sought.

/s/ Austin P. Anderson
Austin P. Anderson

### Certificate of Service

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system and will be served upon the attorney of record for each party registered to receive electronic service this 24th day of November, 2025.

/s/ Austin P. Anderson
Austin P. Anderson