# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>               Defendants. | Civil Action No. 1:25-cv-12456-LTS |

## DECLARATION OF BRIANNA SEID
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, BRIANNA SEID, state as follows:

1. I am an attorney licensed to practice law in NEW YORK STATE.

2. I am a COUNSEL at the Brennan Center for Justice, 120 BROADWAY, 1750, NEW YORK, NY 10271. My work phone number is 917-358-1838, and my work email is SEIDB@BRENNAN.LAW.NYU.EDU.

3. I am admitted to practice law in NEW YORK STATE.

4. I am a member in good standing in every jurisdiction where I am admitted to practice.

5. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2025

/s/ *[signature]*
BRIANNA SEID