UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>  Defendants. | Civil Action No. 1:25-cv-12456-LTS |

**LAW ENFORCEMENT OFFICIALS'
MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Former Salt Lake City Police Chief Chris Burbank, former U.S. Attorney for the Eastern District of New York Zachary Carter, former Manhattan District Attorney Cyrus Vance, Jr., former Denver District Attorney Beth McCann, retired Secretary of the Washington State Department of Corrections Bernard Warner, and former Secretary of the Maryland Department of Juvenile Services Vincent Schiraldi (collectively, "Law Enforcement Officials") respectfully request leave to file an *amici curiae* brief in support of the Defendants' motion to dismiss the complaint (ECF 15). The proposed brief is attached to this Motion as Exhibit A. Plaintiffs and Defendants have consented to the relief sought in this motion, as described below.

The Law Enforcement Officials are police officers, prosecutors, and corrections officials who have dedicated their professional lives to promoting public safety in their communities. The attached proposed brief offers their perspective, based on their collective professional experience,

1

on important policy questions implicated by the United States's challenge to the Boston Trust Act, including the benefits that state and local laws like the Boston Trust Act have for public safety. The Law Enforcement Officials believe that their insight and experience concerning the relationship between community trust and public safety, and the appropriate division of responsibility between local and federal law enforcement, will provide useful context to the Court as it considers Boston's pending motion to dismiss.

Federal district courts "have inherent authority and discretion to appoint amici." *Boston Gas Co. v. Century Indem. Co.*, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006). Allowing participation as *amici* is particularly appropriate where, as here, *amici* can assist the Court in cases of "general public interest" by aiding in the "complete and plenary presentation" of the issues. *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.) (citation omitted), *aff'd*, 807 F. 3d. 472 (1st Cir. 2015); *cf. Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997) (participation as *amicus* appropriate where *amicus* has "unique information or perspective that can help the court").

Both parties have consented to the relief sought in this motion. Specifically, counsel for the United States said that the federal government "consents to any timely filed amicus brief."[1] Counsel for the Defendants consented to the motion as well.

---

[1] While D. Mass. does not have an applicable rule, the analogous rule of appellate procedure states that amicus briefs are timely if submitted within 7 days after the brief of the party they support. *See* Fed. R. App. P. 29(a)(6).

November 24, 2025                    Respectfully submitted,

                                     By:      /s/ *Austin Anderson*

                                     Austin P. Anderson (BBO #696414)
                                     ANDERSON & KREIGER LLP
                                     50 Milk Street, 21st Floor
                                     Boston, Massachusetts 02109
                                     (617) 621-6500
                                     aanderson@andersonkreiger.com

                                     Ames Grawert (*pro hac vice* pending)
                                     Brianna Seid (*pro hac vice* pending)
                                     BRENNAN CENTER FOR JUSTICE
                                     120 Broadway, Suite 1750
                                     New York, NY 10271
                                     (646) 292-8310
                                     grawerta@brennan.law.nyu.edu
                                     seidb@brennan.law.nyu.edu

                                     *Attorneys for Amici Curiae*
                                     *Law Enforcement Officials*


### Local Rule 7.1(a)(2) Certificate

     I certify that I conferred with counsel for the Plaintiff and counsel for the Defendants on November 20, 2025, in an attempt to resolve or narrow the issues presented by this motion.  The Defendants assent to the relief sought.  The Plaintiff states that it "consents to any timely filed amicus brief."

                                      */s/ Austin Anderson*
                                      Austin P. Anderson


### Certificate of Service

     I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system and will be served upon the attorney of record for each party registered to receive electronic service this 24th day of November, 2025.

                                        */s/ Austin Anderson*
                                      Austin P. Anderson