**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity )<br><br>Defendants. ) | Civil Action No. 1:25-12456-LTS |

---

**PROPOSED MEMORANDUM OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS; BRAZILIAN WOMEN'S GROUP; CAPE COD COALITION FOR SAFE COMMUNITIES; DIGNIDAD; DOMINICAN DEVELOPMENT CENTER, INC.; EAST BOSTON COMMUNITY COUNCIL; GREATER BOSTON LEGAL SERVICES; HAITIAN AMERICAN NEW VISION OF WALTHAM; HAITIAN AMERICANS UNITED; IMMIGRANT SUPPORT ALLIANCE; INTERNATIONAL INSTITUTE OF NEW ENGLAND; JANE DOE INC.; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION; MASSACHUSETTS LAW REFORM INSTITUTE; SISTERS OF ST. JOSEPH OF BOSTON; STUDENT CLINIC FOR IMMIGRANT JUSTICE; AND THE WATERTOWN CITIZENS FOR PEACE, JUSTICE & THE ENVIRONMENT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

# TABLE OF CONTENTS

INTRODUCTION ...................................................................................................... 4

INTERESTS OF AMICI CURIAE .............................................................................. 5

ARGUMENT ............................................................................................................... 5

   I.   Fear of negative immigration consequences diminishes public safety and wellbeing, harming immigrant and non-immigrant communities alike. ..................................................... 6

   II.   The Boston Trust Act was passed to stengthen trust between the City of Boston and immigrant communities, such that immigrants would be empowered to fully participate in their communities. ................................................................................................ 11

   III.   The Boston Trust Act has helped build trust between immigrants and the City of Boston, resulting in benefits to all Bostonians regardless of immigration status, as seen through the lived experiences of immigrants and immigrants' rights advocates. ............... 14

CONCLUSION ........................................................................................................... 15

APPENDIX................................................................................................................16

# Table of Authorities

**Statutes**

Bos. City Council Legis. Res. 20241788 (2024) ......................................................... 13

Boston Trust Act, Bos., Mass. Mun. Code ch. 11-1.9 (2014) ..................................... 11

Boston Trust Act, Bos., Mass. Mun. Code ch. 11-1.9 (2019) ........................... *Passim*

**Other Authorities**

Boston City Council, *Committee on Civil Rights on April 9, 2019*, (Apr. 9, 2019) ... 12, 13

Boston City Council, *Committee on Government Operations on September 13, 2019*, (Sept. 13, 2019) ................................................................................................ 13

Boston City Council, *Public Safety & Criminal Justice on March 10, 2025*, (Mar. 10, 2025) ................................................................................................ 11

Elizabeth Ennen et al., *Safe Communities in Massachusetts The Response of Massachusetts Municipalities to the Immigration Enforcement Policies of the Trump Administration* 20 (2023) ............................................................................ 14

Francisco Pedraza et al., *Cautious Citizenship: The Deterring Effect of Immigration Issue Salience on Health Care Use and Bureaucratic Interactions among Latino US Citizens*, 42 J. Health Pol., Pol'y & L. 925 (2017) ............................................. 9

Karen Hacker et al., Physicians for Hum. Rts., *Consequences of Fear: How the Trump Administration's Immigration Policies and Rhetoric Block Access to Healthcare* 6 (2025) .......................................................................................... 9, 10

Hamutal Bernstein et al., *Adults in Immigrant Families Report Avoiding Routine Activities Because of Immigration Concerns*, Urb. Inst. (2019) ........................ 8, 11

Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 Soc. Sci. & Med. 586, 590-91 (2011) ...................................................................... 8

Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 Am. J. Pub. Health 1250 (2012) ...... 10

Medha D. Makhlouf, *Health Care Sanctuaries*, 20 Yale J. Health Pol'y, L. & Ethics 1 (2021) ................................................................................................ 10

Michael Runner et al., Family Violence Prevention Fund for the Robert Wood
    Johnson Found., *Intimate Partner Violence in Immigrant and Refugee
    Communities: Challenges, Promising Practices and
    Recommendations* 12 (2009) ................................................................. 8, 9

Milton Valencia, *Boston Trust Act to be reviewed after city police informed ICE of
    immigrants' whereabouts*, Boston Globe (Apr. 9, 2019).......................................... 12

Nik Theodore, U. Ill. at Chi., *Insecure Communities: Latino Perceptions of Police
    Involvement in Immigration Enforcement* 17 (2013) ................................................. 8

Patricia Gándara et al., *The Impact of a Broken Immigration System on U.S.
    Students and Schools* (2023)...................................................................... 11

Rebecca Davis O'Brien & Miriam Jordan, *A Chill Sets in for Undocumented
    Workers, and Those Who Hire Them*, N.Y. Times (Mar. 9, 2025) ......................... 11

*Survey of Advocates Reveals Immigration Survivors Fear Reporting Violence*,
    Tahirih Justice Center (June 4, 2019)...................................................... 9

Vanessa Cruz Nichols et al., *Spillover Effects: Immigrant Policing and Government
    Skepticism in Matters of Health for Latinos*, 78 PUB. ADMIN REV. 432.................. 10

## INTRODUCTION

For a city as vibrant and diverse as Boston to function, those who live and work within its borders must feel safe interacting with its municipal entities and civic life. Effective law enforcement requires survivors and witnesses of crimes to feel comfortable speaking with police officers. A community's public health rests on widespread access to preventative medical care. The cornerstone of public education is a space where every student can learn. And thriving economies need business owners, employees and customers to freely engage with each other. These opportunities cannot be limited to citizens. For everyone to benefit from a healthy city, everyone—citizen and immigrant alike—must be able to participate.

For years, amici have recognized that in order to make this a reality, cities and towns must focus their resources on local needs and separate themselves from federal immigration enforcement. That is the only way to help build the trust immigrant communities need to meaningfully participate in the life of the city to the benefit of all. For that reason, many amici supported the passage of the Boston Trust Act in 2014 and its amendment in 2019. As the City itself articulated in amending the Act in 2019, "Boston seeks to ensure that all immigrants are able to fully participate in the civic and economic life of their neighborhoods and nurture and grow the spirit of unity in our City."[1]

---

[1] Boston Trust Act, Bos., Mass. Mun. Code ch. 11-1.9 (2019).

On its own, the Trust Act cannot make every person feel safe and welcome, but it is a necessary, foundational, and impactful step towards growing that sense of trust. The stories included in this brief bear witness to these effects. Because of the Trust Act, immigrants in Boston—parents, students, co-workers, and neighbors—have felt safer reporting crime, attending school, going to work, and seeking medical care. These impacts have benefited all Bostonians, and all Bostonians would suffer if this important and lawful Act were removed.

Amici therefore respectfully urge this Court to grant the City of Boston's motion to dismiss.

## INTERESTS OF AMICI CURIAE

Amici are a group of 16 advocacy organizations working to advance immigrants' rights within the City of Boston. *See* Appendix (listing statements of interest for each proposed amicus curiae). In alignment with that mission, many amici advocated for the initial passage of the Boston Trust Act ("Trust Act" or "Act") in 2014 and again in 2019 when the Act was amended. Amici continue to believe the Trust Act is an important step towards supporting immigrant communities in Boston and advancing the welfare of all Bostonians regardless of immigration status. In response to the federal government's challenge to the Trust Act, amici now submit this brief to highlight the importance of keeping this important, lawful policy in place.

## ARGUMENT

The negative consequences of local law enforcement's voluntary engagement with federal immigration authorities are well documented. Indeed, studies make

clear that such interactions can sow panic and cause immigrants to remove themselves from numerous aspects of their communities. These exact concerns inspired amici to advocate for, and motivated the City of Boston to pass, the Boston Trust Act. While there is still more work to be done to further alleviate the reasonable fears of immigrant communities, the stories shared in this brief demonstrate that the Trust Act has established a critical foundation to build towards a greater sense of security and engagement in the community to the benefit of all of Boston's residents.

## I.    Fear of negative immigration consequences diminishes public safety and wellbeing, harming immigrant and non-immigrant communities alike.

When immigrants live in fear of negative immigration consequences—like deportation and family separation—they pull away from public life, resulting in harm not only to immigrants and their families, but also to the community at large. This isolation has particular salience when local law enforcement voluntarily cooperates with federal immigration officials, as this understandably can cause immigrants to avoid interacting with core municipal actors.

Perhaps most obviously, research has shown that when immigrants perceive that local law enforcement officials work with U.S. Immigration and Customs

Enforcement ("ICE"), they are deterred from reporting crime.[2] In a study of immigrant communities in Everett, Massachusetts, people shared their reluctance to report crime out of fear. [3] As one participant explained, "[I] don't feel free to go to police department and report a crime. [I'm] afraid to say because they might take me to investigation. I can't share information with the police. I am afraid because I am undocumented." Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 SOC. SCI. & MED. 586, 591 (2011). Another study of four counties across the country found that Latinos, irrespective of their immigration status, were less likely to volunteer information about crime for fear that local police would ask about the immigration status of themselves or those in their communities.[4]

---

[2] Hamutal Bernstein et al., *Adults in Immigrant Families Report Avoiding Routine Activities Because of Immigration Concerns*, Urb. Inst. (2019), https://www.urban.org/sites/default/files/publication/100626/2019.07.22_immigrants_avoiding_a ctivities_final_v2_3.pdf (finding that in families where at least one foreign-born relative did not have a green card or naturalized citizenship, 19.2% of adults avoided talking to the police).
[3] Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 SOC. SCI. & MED. 586, 590-91 (2011), https://www.sciencedirect.com/science/article/pii/S0277953611003522.
[4] Nik Theodore, U. Ill. at Chi., *Insecure Communities: Latino Perceptions of Police Involvement in Immigration Enforcement* 17 (2013), https://greatcities.uic.edu/wp-content/uploads/2014/05/Insecure_Communities_Report_FINAL.pdf.

Such impacts are especially pronounced for survivors of domestic violence, who are often threatened with deportation by their abusers if they report the abuse.[5] Reports from advocates who represent immigrant survivors of domestic and sexual violence reflect this reality: in one study, 76 percent of advocates reported that their immigrant clients had concerns about contacting the police and 52 percent of advocates reported working with immigrant survivors who dropped their civil or criminal cases against an abuser out of fear.[6] The ability to report domestic and sexual violence is critical to supporting immigrant women, who are often left vulnerable to domestic violence due to factors like language barriers, economic insecurity, and lack of familiarity with available support systems.[7]

Notably, the desire to pull back extends beyond limiting interactions with police. For example, in the healthcare context, fear that medical providers will relay information to ICE can cause immigrants to avoid medical attention, resulting in

---

[5] Michael Runner et al., Family Violence Prevention Fund for the Robert Wood Johnson Found., *Intimate Partner Violence in Immigrant and Refugee Communities: Challenges, Promising Practices and Recommendations* 12 (2009), https://irp.cdn-website.com/25448aaa/files/uploaded/IPV-in-Immigrant-and-Refugee-Communities-Challenges-Promising-Practices-Recommendations.pdf.

[6] *Survey of Advocates Reveals Immigration Survivors Fear Reporting Violence*, Tahirih Justice Center (June 4, 2019), https://www.tahirih.org/news/survey-of-advocates-reveals-immigrant-survivors-fear-reporting-violence/.

[7] Runner, *supra* note 5 at 12.

delayed care, missed preventative services, and treatment interruptions.[8] Research has shown that Latinos, regardless of immigration status, are less likely to see a healthcare provider when immigration is mentioned.[9] In areas with heightened immigration enforcement, Latinos are less likely to trust health information from government agencies, as a result of decreased trust in government more generally.[10] Delayed visits mean that when patients do seek care, they arrive sicker and with more advanced illness,[11] making it harder to achieve good health outcomes and hindering overall cost-effectiveness in the healthcare system.[12]

Case studies have documented these impacts. For example, following the passage of SB 1070 in Arizona, the controversial "show me your papers" law which expanded local police power to detain individuals suspected to be without lawful

---

[8] Hacker, *supra* note 3 at 591-93; Physicians for Hum. Rts., *Consequences of Fear: How the Trump Administration's Immigration Policies and Rhetoric Block Access to Healthcare* 6 (2025), https://phr.org/wp-content/uploads/2025/04/Consequences-of-Fear_Research-Brief_PHR_April-2025.pdf#xd_co_f=ZGIwMGUwZWEtOTI0OC00MjMwLTgxN2ItMGQ2Njg4NDVlOWI0~.

[9] Francisco Pedraza et al., *Cautious Citizenship: The Deterring Effect of Immigration Issue Salience on Health Care Use and Bureaucratic Interactions among Latino US Citizens*, 42 J. HEALTH POL., POL'Y & L. 925, 927-28 (2017), https://read.dukeupress.edu/jhppl/article-abstract/42/5/925/131418/Cautious-Citizenship-The-Deterring-Effect-of?redirectedFrom=fulltext.

[10] Vanessa Cruz Nichols et al., *Spillover Effects: Immigrant Policing and Government Skepticism in Matters of Health for Latinos*, 78 PUB. ADMIN REV. 432, 440 (2018), https://onlinelibrary.wiley.com/doi/10.1111/puar.12916.

[11] Physicians for Hum. Rts., *supra* note 8 at 6.

[12] Medha D. Makhlouf, *Health Care Sanctuaries*, 20 YALE J. HEALTH POL'Y, L. & ETHICS 1, 51 (2021).

status, healthcare providers reported "dramatic changes in clinic intake and service use" including a decrease in doctor visits, vaccinations, HIV education, diabetes education, prenatal care, and medication procurement.[13] Study participants also reported that because of SB 1070, they feared traveling outside their neighborhoods to access healthy food and were hesitant to let their children exercise outside, further diminishing community health. Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 AM. J. PUB. HEALTH at 1251.

Finally, immigration-related fears can push immigrants into the shadows in other ways, including avoidance of everyday activities that make up the fabric of a thriving community.[14] For example, a 2019 study found that fear of deportation and family separation resulted in immigrants and their families, including those with status, avoiding routine activities like driving a car; applying for a driver's license; going to public places such as parks, libraries, and stores; using public transportation; and speaking with teachers and school officials.[15] These fears also cause immigrants

---

[13] Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 AM. J. PUB. HEALTH 1250, 1252 (2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3477996/pdf/AJPH.2011.30 0541.pdf.
[14] Hacker, *supra* note 3 at 11.
[15] Bernstein et al., *supra* note 2.

to miss work and pull their children out of school, resulting in economic losses and poor academic performance.[16]

## II. The Boston Trust Act was passed to stengthen trust between the City of Boston and immigrant communities, such that immigrants would be empowered to fully participate in their communities.

Massachusetts communities are not strangers to the negative impacts of the fears described above, which can diminish public health and safety for all Commonwealth residents, immigrant and non-immigrant alike. To address these harms, in the early-to-mid 2010s, immigrants' rights advocates in Massachusetts began coordinating to pass statewide and municipal trust act policies.[17]

In 2014, the Boston City Council unanimously passed the Boston Trust Act, with many of the undersigned amici advocating for such passage. The 2014 Boston Trust Act prohibited city law enforcement from holding a person on a federal detainer request absent a criminal warrant.[18] This policy was rooted in the understanding that when local law enforcement hold people on federal detainers, "immigrant residents

---

[16] *See* Rebecca Davis O'Brien & Miriam Jordan, *A Chill Sets in for Undocumented Workers, and Those Who Hire Them*, N.Y. Times (Mar. 9, 2025), https://www.nytimes.com/2025/03/09/business/economy/immigrant-workers-deportation-fears.html; Patricia Gándara et al., *The Impact of a Broken Immigration System on U.S. Students and Schools* (2023), https://escholarship.org/uc/item/2rq7q7hh.

[17] Boston City Council, *Public Safety & Criminal Justice on March 10, 2025*, YOUTUBE (Mar. 10, 2025), https://www.youtube.com/watch?v=_k1_ms1TrrA&t=4s.

[18] Boston Trust Act, Bos., MASS. MUN. CODE ch. 11-1.9 (2014).

are less likely to cooperate and public trust erodes, hindering the ability and effectiveness of Boston's police force." *Id*. More generally, the Act stressed the importance of creating a welcoming city and ensuring that "all immigrants are able to fully participate in the civic and economic life of their neighborhoods." *Id*.

In 2019, concerns over the Trust Act's efficacy[19] resulted in additional community advocacy to strengthen its protections. Immigrants rights groups—many of whom have signed onto this brief—advocated for further separating local law enforcement and other municipal activities from federal immigration enforcement. For example, during a hearing before the City Council in April 2019, immigrant José Martin Paz Flores——whose story was central to the 2019 amendments——recounted the economic and psychological harms he and his family experienced when the Boston Police Department helped coordinate Mr. Paz's arrest in coordination with ICE, at the bequest of Mr. Paz's employer.[20] Rosa Benitez, Mr. Paz's wife, also spoke at the hearing, describing her overwhelming fear after the incident and sharing that the experience was "something I wouldn't wish on anyone." Boston City Council, *Committee on Civil Rights on April 9, 2019*, (Apr. 9, 2019). Mrs. Benitez implored that "the police not get engaged with these immigration issues." *Id*.

---

[19] *See* Milton Valencia, *Boston Trust Act to be reviewed after city police informed ICE of immigrants' whereabouts*, Boston Globe (Apr. 9, 2019), https://www.bostonglobe.com/metro/2019/04/09/boston-trust-act-reviewed-after-city-police-informed-ice-immigrants-whereabouts/leVvfmkbXpekMKX7wtf7PK/story.html.

[20] Boston City Council, *Committee on Civil Rights on April 9, 2019*, YOUTUBE (Apr. 9, 2019), https://www.youtube.com/watch?v=9HnYKoQ2HfA.

In their testimony, immigrants' rights advocates echoed these sentiments, emphasizing the importance of living up to the Trust Act's intent. MIRA's Amy Grunder shared the harms that occur when local law enforcement participates in federal immigration enforcement:

> Without clear and publicized limits for police involvement in immigration activities, members of Boston's immigrant communities can't safely turn to public officials for help and they effectively lose access to all of the protections of the law. Protections from domestic abuse and other crimes, from wage theft, and from dangerously substandard housing . . . the list goes on.

*Id.* Heloisa Maria Galvão, the co-founder of the Brazilian Women's Group, a Boston-area immigrants' rights organization, spoke to immigrants' fear that interactions with local law enforcement may result in deportation and how that fear impedes the ability of immigrants to feel safe in their communities:

> [Immigrants] need to feel safe at school, they need to feel safe at home. I have to be able to tell [these immigrants], 'You are safe at school, you are safe in the streets . . .'. They will not believe me if the narrative out there is that the Boston Police Department is working with immigration.[21]

In the wake of this advocacy, the Boston City Council amended the Trust Act in 2019 to include additional protections, such as prohibiting City officials from asking about immigration status and performing the function of an immigration

---

[21] Boston City Council, *Committee on Government Operations on September 13, 2019*, YOUTUBE (Sept. 13, 2019), https://www.youtube.com/watch?v=t_FvzGOt8g0&t=

officer.[22] Since those amendments, the City Council re-affirmed the Trust Act in

2024.[23]

### III. The Boston Trust Act has helped build trust between immigrants and the City of Boston, resulting in benefits to all Bostonians regardless of immigration status, as seen through the lived experiences of immigrants and immigrants' rights advocates.

Emerging literature suggests that policies like the Trust Act help mitigate the

harms caused by fear of immigration enforcement.[24] While the work to make

immigrant communities feel safe in Boston is an ongoing process, the Trust Act has

been a critical step toward building and strengthening trust between immigrant

communities and the City to allow immigrants to more fully partipate in all aspects

of Boston life. In the current environment, it is exceptionally difficult for immigrants

to share their stories, and many remain too afraid to do so.[25] But that fear would only

be exacerbated without the Trust Act, as stories from immigrants and organizations

who were able to come forward show the positive impact of that Act and the

importance of keeping its protections in place. These stories highlight several key

benefits, including that the Trust Act helps: facilitate trust between immigrants and

---

[22] Boston Trust Act, Bos., Mass. Mun. Code ch. 11-1.9 (2019).
[23] *See* Bos. City Council Legis. Res. 20241788 (2024).
[24]  *See* Elizabeth Ennen et al., *Safe Communities in Massachusetts The Response of Massachusetts Municipalities to the Immigration Enforcement Policies of the Trump Administration* 20 (2023), https://law.northeastern.edu/wp-content/uploads/2023/10/phrge-safe-communities-report.pdf.
[25] Due to this fear and because of the potential harm of disclosing their identities, those who have shared their stories have done so anonymously.

local law enforcement, allow immigrants to feel sufficiently safe to leave the home and access services essential to health and wellbeing, and enable students to learn in a safe and supportive environment.

For example, immigrants in Boston have described how the trust fostered with local law enforcement because of the Act has made it possible for them to seek support in the aftermath of crime. One immigrant recounted:

> I have lived in Boston for 22 years and I have two children who are American citizens. Without the Trust Act, I wouldn't be able to go to work peacefully or trust the Boston police when I needed their support, like when I was robbed and all my documents were stolen. I would be afraid to call the police and report it because I am an undocumented immigrant.

The Brazilian Women's Group shared how the Trust Act has helped restore trust between immigrants and the police, where otherwise there was a culture of fear. The Group described that without this trust in place, women would not feel safe enough to leave their homes, obstructing their ability to go to work and seek medical care:

> At the Brazilian Women's Group, we have been working closely with immigrant women. . . . [These women] are afraid to go out to work and to medical appointments and others, they are terrified of being stopped by police and turned over to ICE agents. The Boston Trust Act helps to restore the trust between residents and police which is key to making people feel safer. This feeling is not felt in other cities and towns of Massachusetts because there are reports of local police working with immigration.

Another immigrant described how without the Trust Act, her fear would otherwise interfere with her ability to take her daughter—an American citizen—to school and to the doctor:

> I have lived in Boston for 25 years and I have a 15-year-old daughter. If we lost the Trust Act, it will affect everyone in my family. I am a housecleaner, the mother of an American citizen whom I raised alone. If we don't have a law that makes me feel safe I would have difficulty taking my daughter to the doctor, to school, or any other place.

Immigrants' rights advocates also highlighted the Act's central aims of creating an inclusive, welcoming city. Gloribell Mota, an immigrants' rights advocate in East Boston with over two decades of experience, stressed one of the key benefits of the Trust Act was asserting the City's commitment to immigrant neighbors, so that immigrants can participate fully in public life:

> Passing the 2019 Trust Act allowed us to reiterate the City's commitment to our immigrant neighbors, so they can be active participants in the civic fabric of our neighborhoods. The Trust Act provides members of our community with the strong message that they are welcome and part of co-creating a vibrant, safe, and inclusive community. . . . .The Trust Act . . . restores trust between the community and local police enforcement by building community relations instead of serving as immigration enforcement for an outdated system.

Other advocates stressed the Trust Act's role in creating safe schools and workplaces. For example, Nora Paul-Schultz, a high school science teacher working within the Boston Public Schools relayed the benefit of detangling local law enforcement from federal immigration enforcement:

> As an educator in Boston, I often worry about the criminalization of my students and the young people of Boston in general. I know that teenagers do not always make the best decisions and that it is my job to

help students learn from these decisions. I also know these decisions can at times have catastrophic consequences when police become involved. This happens at higher rates to our Black and brown students—even for infractions that would be considered "teenage mistakes" when committed by a white student. Any interaction with police, including arrest, can have huge impacts on a student's life. For our undocumented students, without the protection of the Trust Act, this arrest or police interaction can lead to detainment or deportation. . . . We must protect our young people from having the consequences of police involvement mean that they are detained far from their families and communities or sent back to a country where it is not safe. We know full well that young people need to have consequences for their actions, but these should be ones that they can learn from and allow them to continue to grow.

The benefits of the Trust Act also extend to the workplace. The 2019 amendments to the Act were designed to address gaps in the original bill, which had left immigrants, such as José Martin Paz Flores, vulnerable to retaliation by their employers. Audrey Richardson, Managing Attorney of the Workers' Rights Unit at Greater Boston Legal Services, who represented Mr. Paz, told the story of how the strengthened Trust Act represents progress in helping to protect workers' from workplace exploitation and abuse:

The intense community outrage over BPD's role in facilitating Mr. Paz's arrest by ICE was a central motivator for the 2019 changes to the Trust Act. . . . The strengthened Trust Act helps workers like Mr. Paz have confidence that the BPD will not play this kind of role in immigration enforcement. In addition to enabling members of immigrant communities to report crimes and support BPD investigations and prosecutions, the Trust Act protects immigrant workers more broadly from workplace exploitation and abuse. It assures workers that if they come forward to enforce their workplace rights, unscrupulous employers cannot call upon the power of local law enforcement to supercharge their efforts to threaten, intimidate, and retaliate.

By helping to seed trust with City institutions and actors, the Trust Act serves as an important building block towards allowing immigrants to feel safer in, and engage more fully with, their communities.

## CONCLUSION

Because the Boston Trust Act is lawful and helps promote the safety, health, and welfare of all of Boston's residents—both citizens and immigrants—amici respectfully ask this Court to grant the City of Boston's Motion to Dismiss.

Date: November 24, 2025                Respectfully submitted,

                                       */s/ Jessie J. Rossman*
                                       Jessie J. Rossman (No. 670685)
                                       AMERICAN CIVIL LIBERTIES UNION
                                         FOUNDATION OF MASSACHUSETTS, INC.
                                       One Center Plaza, Suite 850
                                       Boston, MA 02108
                                       617-482-3170
                                       jrossman@aclum.org

                                       *Counsel for proposed amici curiae*

**Appendix: Statements of Interest**

**The American Civil Liberties Union of Massachusetts ("ACLUM")** is a membership organization dedicated to the principles of liberty and equality embodied in the constititions and laws of the Commonwealth and the United States. This includes the rights of immigrants to participate as full, equal members of society. ACLUM and the American Civil Liberties Union Foundation of Massachusetts have a long history of vigorously defending immigrants' rights through amicus and direct representation before this court. *See*, *e.g.*, *Guerrero Orellana v. Moniz*, 1:25-cv-12664 (direct representation); *Ozturk v. Hyde*, 1:25-cv-12334 (direct representation); *Oliveira v. Edlow*, 1:25-cv-13228 (amicus brief); *Doe v. Moniz*, 1:25-cv-12094 (direct representation). For the past 11 years, ACLUM has taken an active role in advocating to first pass, and then strengthen, the Boston Trust Act, providing both written and oral testimony three times alongside other signatories to this brief. Demonstrating ACLUM's belief in the importance of the Trust Act, the organization has advocated to implement similar measures in over 20 municipalities, as well as taking a leadership role in supporting passage of the statewide Safe Communities Act. ACLUM is therefore well-positioned to speak to the Trust Act's impact in Boston.

**The Brazilian Women's Group ("BWG")** was founded 30 years ago by a group of recently arrived Brazilian immigrant women who came together seeking connection, community, and a sense of home away from home. This origin shaped what the BWG would become, a grassroots organization that believes Brazilian immigrants have an important role to play in building a solidarity economy that will ultimately improve the lives of all. BWG's mission is to empower and support Brazilian women and the Brazilian community. BWG believes that all people deserve access to safe and equitable work conditions, access to sufficient resources to

maintain dignified living conditions, healthful and culturally appropriate foods, and to live in a society that believes in the rights of all people to self-determination and justice.

**The Cape Cod Coalition for Safe Communities ("CCCSC")** is an organization that has promoted immigrant rights for 10 years. CCCSC's focus has been creating positive interaction between local law enforcement agencies and immigrants. CCCSC was directly responsible in eliminating the Barnstable County Sheriff's Office with Immigration and Customs Enforcement. Additionally, CCCSC promoted and received approval the passage of the Safe Communities Act in 10 Cape Cod towns.

**Dignidad**.

**The Dominican Development Center, Inc. ("DDC")** believes that the Trust Act means hope for the thousand of immigrant families experiencing uncertainty and living in fear because of the attacks under the present federal administration. DDC urges our legislators to act to protect our communities with safety protections, and seeking humanity first before profit.

**The East Boston Community Council ("EBCC")** has been working with various racial and ethnic groups since 1978. Today, EBCC's mission is to promote the advancement of immigrants of all ages through education, services, advocacy, community organizing, and leadership development. By participating in EBCC programs, individuals build support networks, information, and skills to achieve their own goals and become self-motivated, confident individuals who can meet the challenges of their new lives.  EBCC serves a total of 4,500 clients annually. EBCC's Immigration Services program provides immigration assistance from accredited counselors, citizenship classes, pro bono legal support, naturalization education and application assistance and serves 3,400 clients annually. EBCC supports the City of Boston Trust Act that delineates how the Boston Police Department cooperates with federal immigration enforcement.

EBCC believes this protects immigrant communities, builds trust between police and residents, and strengthens public safety by ensuring all residents, regardless of immigration status are and feel protected

**Greater Boston Legal Services ("GBLS")**, is the largest provider of civil legal aid in Massachusetts. GBLS provides representation to low-income clients, many of whom are immigrants facing legal issues that threaten their well-being and that of their families and communities. The GBLS Workers' Rights Unit represented Jose Martin Paz Flores, the Honduran immigrant whose story was an impetus for strengthening the Trust Act in 2019. GBLS became involved in the case, at the request of a community-based worker center, when Mr. Paz was arrested and detained by ICE shortly after going to his employer's office to pick up a cash gift, ostensibly provided to help him out while awaiting approval of his workers' compensation claim. Mr. Paz later learned that his employer—whose workers' compensation coverage had lapsed—had coordinated with the Boston Police Department to facilitate ICE's action. GBLS has many clients who, like Mr. Paz, need to enforce workplace and other legal rights yet will strongly fear coming forward if law enforcement and government agencies are able to work in collaboration with ICE. Moreover, GBLS works closely with and represents many community-based organizations that support low-wage immigrant workers experiencing workplace exploitation and abuse, immigrant survivors of crimes such as domestic violence, immigrants at risk of eviction from their housing, and others needing to enforce their legal rights or to report crimes, efforts that will be severely undermined if the consequence may be detention and deportation. For these reasons, GBLS, on behalf of its clients, has a strong interest in ensuring that the Trust Act remains in place.

**The Haitian American New Vision of Waltham ("HANVW")** proudly supports the Boston Trust Act because it is essential to the safety, stability, and well-being of the immigrant communities we serve. As a nonprofit organization dedicated to empowering immigrants through legal assistance, education, and social support, HANVW sees every day how fear of immigration enforcement can prevent individuals from seeking help, reporting crimes, or accessing vital services. When community members worry that any interaction with local law enforcement could lead to detention or deportation, trust erodes, public safety suffers, and families become more vulnerable. The Boston Trust Act helps restore that trust. By ensuring that local law enforcement is not unnecessarily entangled with federal immigration enforcement, the Act allows immigrants to engage with police, schools, health providers, and service organizations without fear. This protection is crucial for victims of crime, survivors of domestic violence, workers facing exploitation, and newly arrived families seeking stability. HANVW's mission is to promote integration, dignity, and opportunity for all immigrants. The Boston Trust Act aligns deeply with these values by creating conditions where immigrants can participate fully and safely in their communities. Supporting this Act is not only a matter of justice—it strengthens the social fabric of our cities and ensures that everyone, regardless of immigration status, can contribute to a vibrant and resilient society.

**Haitian Americans United ("HAU")** is a nonprofit membership organization consisting of seventeen groups dedicated to enhancing the quality of life for Haitian immigrants and Haitian Americans through education, community empowerment, and cultural development. Membership is free and open to organizations that support its mission of assisting the Haitian immigrant community. What makes HAU's members unique is their active engagement in its programs, which provide access to vital resources and a strong support network. As the leading Haitian

organization in Greater Boston, which hosts the third-largest Haitian community in the United States, HAU plays a crucial role. The Haitian community in the U.S. is vital in supporting immigrants and refugees. HAU organizes major in-person events, advocacy efforts, and cultural activities that empower Haitians and protect their rights. These events seek to raise civic awareness, promote the rights of Haitian immigrants and Haitian Americans, and foster cultural, academic, and artistic initiatives. Additionally, HAU strives to increase awareness of Haitian history, nurture pride and unity, and provide practical resources and support for immigrants. Through its member organizations, thousands of Haitian immigrants in Massachusetts are considered HAU members, many of whom benefit from Temporary Protected Status.

The Boston Trust Act creates a protective framework for immigrants in Boston by restricting when and how local law enforcement can cooperate with federal immigration authorities in civil cases. For the Haitian community and other immigrant groups, this means a greater ability to engage with police, social services, and outreach programs without fear of detention due to immigration status. It also helps foster an environment conducive to community integration, civic participation, and trust in local institutions. Furthermore, it strengthens HAU's efforts in holistic ministry, legal clinic outreach, digital literacy, enrollment support, and more, since immigrants feel safer participating in public activities and community life.

**The Immigrant Support Alliance ("ISA")** is an all-volunteer, grassroots organization founded in 2023 that welcomes and assists newly arrived individuals and families as they gain footholds in our communities. Partnering with resettlement agencies in the greater Boston area, we help navigate healthcare, transportation, education, cultural norms, life skills, daily needs, employment opportunities, and ESOL classes. ISA volunteers witness first hand the struggles of new arrivals to adjust to a new culture and navigate their new reality as they begin their journey to

independence. The ISA also observe the indefatigable will to succeed and become successful, valuable members of their communities. The ISA believes that a feeling of safety and security in the relationship between immigrants and local law enforcement is an essential component to our clients' ability to integrate into their new communities and focus on the hard work that will ensure their future in their new country.

**The International Institute of New England ("IINE")** provided resettlement, case management, education, youth programming, workforce skills training, job placement, and immigration legal services to more than 12,000 refugees and immigrants in 2025. The Boston Trust Act and similar laws in municipalities throughout the Commonwealth represent the overwhelming desire of the residents of our state to protect and support immigrants. IINE teaches our clients to trust local police officers and to call on them when they feel unsafe. This trust is critical to the safety of everyone in the community. IINE's clients are now unfairly targeted by ICE and other federal authorities. Any effort to weaken the Boston Trust Act will make Boston less safe for the immigrants and refugees we serve and for everyone in our city.

**Jane Doe Inc. ("JDI"),** the Massachusetts Coalition Against Sexual Assault and Domestic Violence, is a statewide organization of 60 member programs that provide direct services to victims and survivors of sexual and domestic violence. Guided by the voices of survivors, JDI brings together organizations and people committed to ending domestic violence and sexual assault, creating social change by addressing the root causes of this violence, and promoting justice, safety, and healing for survivors. JDI advocates for responsive public policy, promotes collaboration, raises public awareness, and supports its member organizations to provide comprehensive prevention and intervention services. JDI's 65 programs include numerous providers who support immigrant survivors of domestic violence, sexual assault, and human

trafficking to find safety and stability in the US. Restrictions on access to services and support for immigrant survivors creates a chilling effect on all survivors and makes our communities less safe and well.

**The Massachusetts Immigrant and Refugee Advocacy Coalition ("MIRA")** is the Commonwealth's largest organization dedicated to advancing the rights and integration of immigrants and refugees. Founded in 1987 in the wake of the Immigration Reform and Control Act, MIRA has spent nearly four decades promoting full civic, social, and economic participation for foreign-born residents through statewide organizing, policy advocacy, and community partnerships. MIRA has played a leading role in securing critical state and federal protections and has been a driving force behind major public-safety and trust-building policies in Massachusetts, including early advocacy for the Boston Trust Act and years of statewide leadership on the Safe Communities Act. Through its direct work with service providers, advocates, and thousands of immigrant families, MIRA has seen firsthand that trust between immigrant communities and local law enforcement is essential for public safety and equal access to education, employment, and health care. The Boston Trust Act is a vital safeguard that preserves this trust by ensuring that residents can seek help, report crimes, and participate in civic life without fear of unnecessary entanglement with federal immigration enforcement. For these reasons, and consistent with MIRA's long history of championing community trust and limiting harmful local-ICE collaboration, MIRA joins this amicus brief in support of the City of Boston and the lawfulness of the Trust Act.

**The Massachusetts Law Reform Institute ("MLRI"),** is a non-profit, statewide poverty law and policy center that advances laws, policies, and practices promoting economic, racial, and social justice for low-income people and communities across the Commonwealth. MLRI's

immigration, housing, employment, health, and family law work all intersect with the lives of immigrant residents of Boston, including those who must interact with police, schools, courts, and other municipal systems to seek protection from violence, enforce workplace rights, secure housing, and obtain essential public benefits and services. MLRI provides technical assistance to a broad coalition of immigration legal services providers and community-based organizations, many of whom serve Boston residents who are directly affected by the degree to which local law enforcement is entangled with federal civil immigration enforcement. MLRI is also funded by the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice, to provide programmatic coordination and serve as co-manager of the Massachusetts Civil Legal Aid for Victims of Crime (CLAVC) initiative, and it plays a lead role in a statewide Family Law Task Force that includes legal services attorneys and domestic-violence advocates who rely on immigrant survivors' ability to safely seek help from local authorities.

Through this work, MLRI has seen first-hand that when local police and other municipal actors are perceived as extensions of federal immigration enforcement, immigrant community members, including survivors of crime, workers facing exploitation, tenants confronting unsafe housing conditions, and parents seeking to protect their children, are deterred from reporting harm, cooperating with investigations, and accessing critical services. MLRI has therefore long supported policies that limit the use of local resources for federal civil immigration enforcement and that build trust between immigrant communities and municipal institutions, including support for trust-act and "safe communities" measures in Boston and across Massachusetts. MLRI has a strong interest in ensuring that cities retain the lawful authority to adopt policies like the Boston Trust Act, which promote public safety, public health, and community stability by allowing immigrant residents to participate in civic life without unnecessary fear of immigration

consequences. For these reasons, MLRI submits this brief in support of Defendants' Motion to Dismiss and the lawfulness of the Boston Trust Act.

**The Sisters of St. Joseph of Boston**, have ministered with and for immigrants since our arrival in Boston in 1873. Compelled by the Gospel message of Jesus (Mt. 25) and Catholic Social Teaching, the Sisters of St. Joseph of Boston continue to live our mission of unifying love as we stand with those who struggle for justice. In this spirit, the Sisters of St. Joseph of Boston embrace the words of Pope Francis on the occasion of the 2025 inauguration, "Inspired by your nation's ideals of being a land of opportunity and welcome for all, it is my hope that under your leadership the American people will prosper and always strive to build a more just society, where there is no room for hatred, discrimination or exclusion." At this moment in the life of our nation, the Sisters of St. Joseph of Boston recognize our call to stand with immigrants and be agents of unifying and reconciling love is more needed than ever. The Sisters of St. Joseph move always toward profound love of God and neighbor without distinction. In this spirit, the Sisters of St. Joseph continue to be a compassionate presence for our immigrant communities. Through our advocacy efforts, the Sister of St. Joseph call for justice. The Sisters of St. Joseph believe that local law enforcement agencies must not voluntarily participate in federal immigration enforcement. All communities, including immigrant communities must be free to interact with local law enforcement officials without fear of deportation.

**The Student Clinic for Immigrant Justice ("SCIJ")** is a youth-led organization training and engaging college students in providing pro bono legal support to asylum seekers and organizing for local change. SCIJ serves the communities of Boston (MA), Worcester (MA), and Providence (RI), where we support asylum seekers and community members who do not have

meaningful access to legal representation. This issue directly affects our work, our students, and the immigrant communities we partner with.

**The Watertown Citizens for Peace, Justice & the Environment's Refugee Support Working Group** is dedicated to ensuring that local police foster the safety and health of our immigrant and refugee community. Local police should have no involvement with the federal terrorizing of our most vulnerable residents.