UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity<br><br>Defendants. | Civil Action No. 1:25-12456-LTS<br><br>Leave to file granted on 11/25/2025 |

**MEMORANDUM OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS; BRAZILIAN WOMEN'S GROUP; CAPE COD COALITION FOR SAFE COMMUNITIES; DIGNIDAD; DOMINICAN DEVELOPMENT CENTER, INC.; EAST BOSTON COMMUNITY COUNCIL; GREATER BOSTON LEGAL SERVICES; HAITIAN AMERICAN NEW VISION OF WALTHAM; HAITIAN AMERICANS UNITED; IMMIGRANT SUPPORT ALLIANCE; INTERNATIONAL INSTITUTE OF NEW ENGLAND; JANE DOE INC.; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION; MASSACHUSETTS LAW REFORM INSTITUTE; SISTERS OF ST. JOSEPH OF BOSTON; STUDENT CLINIC FOR IMMIGRANT JUSTICE; AND THE WATERTOWN CITIZENS FOR PEACE, JUSTICE & THE ENVIRONMENT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................... 4

INTERESTS OF AMICI CURIAE ........................................................................................ 5

ARGUMENT ............................................................................................................................ 5

    I.    Fear of negative immigration consequences diminishes public safety and wellbeing, harming immigrant and non-immigrant communities alike. .................................................... 6

    II.    The Boston Trust Act was passed to stengthen trust between the City of Boston and immigrant communities, such that immigrants would be empowered to fully participate in their communities .......................................................................................... 11

    III.    The Boston Trust Act has helped build trust between immigrants and the City of Boston, resulting in benefits to all Bostonians regardless of immigration status, as seen through the lived experiences of immigrants and immigrants' rights advocates. ............... 14

CONCLUSION ...................................................................................................................... 18

APPENDIX……………………………………………………………………………………16

## Table of Authorities

**Statutes**

Bos. City Council Legis. Res. 20241788 (2024) .......................................................... 13

Boston Trust Act, BOS., MASS. MUN. CODE ch. 11-1.9 (2014) ...................................... 11

Boston Trust Act, BOS., MASS. MUN. CODE ch. 11-1.9 (2019) ............................. *Passim*

**Other Authorities**

Boston City Council, *Committee on Civil Rights on April 9, 2019*, (Apr. 9, 2019) ... 12, 13

Boston City Council, *Committee on Government Operations on September 13, 2019*, (Sept. 13, 2019) ................................................................................................................ 13

Boston City Council, *Public Safety & Criminal Justice on March 10, 2025*, (Mar. 10, 2025) ................................................................................................................ 11

Elizabeth Ennen et al., *Safe Communities in Massachusetts The Response of Massachusetts Municipalities to the Immigration Enforcement Policies of the Trump Administration* 20 (2023) ............................................................................ 14

Francisco Pedraza et al., *Cautious Citizenship: The Deterring Effect of Immigration Issue Salience on Health Care Use and Bureaucratic Interactions among Latino US Citizens*, 42 J. HEALTH POL., POL'Y & L. 925 (2017) ............................................ 9

Karen Hacker et al., Physicians for Hum. Rts., *Consequences of Fear: How the Trump Administration's Immigration Policies and Rhetoric Block Access to Healthcare* 6 (2025) ................................................................................................ 9, 10

Hamutal Bernstein et al., *Adults in Immigrant Families Report Avoiding Routine Activities Because of Immigration Concerns*, Urb. Inst. (2019) .......................... 8, 11

Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 SOC. SCI. & MED. 586, 590-91 (2011) ...................................................................... 8

Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 AM. J. PUB. HEALTH 1250 (2012) ...... 10

Medha D. Makhlouf, *Health Care Sanctuaries*, 20 YALE J. HEALTH POL'Y, L. & ETHICS 1 (2021) ........................................................................................................ 10

Michael Runner et al., Family Violence Prevention Fund for the Robert Wood
  Johnson Found., *Intimate Partner Violence in Immigrant and Refugee
  Communities: Challenges, Promising Practices and
  Recommendations* 12 (2009) .............................................................................. 8, 9

Milton Valencia, *Boston Trust Act to be reviewed after city police informed ICE of
  immigrants'whereabouts*, Boston Globe (Apr. 9, 2019) ........................................... 12

Nik Theodore, U. Ill. at Chi., *Insecure Communities: Latino Perceptions of Police
  Involvement in Immigration Enforcement* 17 (2013) ................................................ 8

Patricia Gándara et al., *The Impact of a Broken Immigration System on U.S.
  Students and Schools* (2023) ................................................................................... 11

Rebecca Davis O'Brien & Miriam Jordan, *A Chill Sets in for Undocumented
  Workers, and Those Who Hire Them*, N.Y. Times (Mar. 9, 2025) .......................... 11

*Survey of Advocates Reveals Immigration Survivors Fear Reporting Violence*,
  Tahirih Justice Center (June 4, 2019) ........................................................................ 9

Vanessa Cruz Nichols et al., *Spillover Effects: Immigrant Policing and Government
  Skepticism in Matters of Health for Latinos*, 78 PUB. ADMIN REV. 432 .................. 10

## INTRODUCTION

For a city as vibrant and diverse as Boston to function, those who live and work within its borders must feel safe interacting with its municipal entities and civic life. Effective law enforcement requires survivors and witnesses of crimes to feel comfortable speaking with police officers. A community's public health rests on widespread access to preventative medical care. The cornerstone of public education is a space where every student can learn. And thriving economies need business owners, employees and customers to freely engage with each other. These opportunities cannot be limited to citizens. For everyone to benefit from a healthy city, everyone—citizen and immigrant alike—must be able to participate.

For years, amici have recognized that in order to make this a reality, cities and towns must focus their resources on local needs and separate themselves from federal immigration enforcement. That is the only way to help build the trust immigrant communities need to meaningfully participate in the life of the city to the benefit of all. For that reason, many amici supported the passage of the Boston Trust Act in 2014 and its amendment in 2019. As the City itself articulated in amending the Act in 2019, "Boston seeks to ensure that all immigrants are able to fully participate in the civic and economic life of their neighborhoods and nurture and grow the spirit of unity in our City."[1]

---

[1] Boston Trust Act, Bos., Mass. Mun. Code ch. 11-1.9 (2019).

On its own, the Trust Act cannot make every person feel safe and welcome, but it is a necessary, foundational, and impactful step towards growing that sense of trust. The stories included in this brief bear witness to these effects. Because of the Trust Act, immigrants in Boston—parents, students, co-workers, and neighbors—have felt safer reporting crime, attending school, going to work, and seeking medical care. These impacts have benefited all Bostonians, and all Bostonians would suffer if this important and lawful Act were removed.

Amici therefore respectfully urge this Court to grant the City of Boston's motion to dismiss.

## INTERESTS OF AMICI CURIAE

Amici are a group of 16 advocacy organizations working to advance immigrants' rights within the City of Boston. *See* Appendix (listing statements of interest for each amicus curiae). In alignment with that mission, many amici advocated for the initial passage of the Boston Trust Act ("Trust Act" or "Act") in 2014 and again in 2019 when the Act was amended. Amici continue to believe the Trust Act is an important step towards supporting immigrant communities in Boston and advancing the welfare of all Bostonians regardless of immigration status. In response to the federal government's challenge to the Trust Act, amici now submit this brief to highlight the importance of keeping this important, lawful policy in place.

## ARGUMENT

The negative consequences of local law enforcement's voluntary engagement with federal immigration authorities are well documented. Indeed, studies make

clear that such interactions can sow panic and cause immigrants to remove themselves from numerous aspects of their communities. These exact concerns inspired amici to advocate for, and motivated the City of Boston to pass, the Boston Trust Act. While there is still more work to be done to further alleviate the reasonable fears of immigrant communities, the stories shared in this brief demonstrate that the Trust Act has established a critical foundation to build towards a greater sense of security and engagement in the community to the benefit of all of Boston's residents.

I.  **Fear of negative immigration consequences diminishes public safety and wellbeing, harming immigrant and non-immigrant communities alike.**

When immigrants live in fear of negative immigration consequences—like deportation and family separation—they pull away from public life, resulting in harm not only to immigrants and their families, but also to the community at large. This isolation has particular salience when local law enforcement voluntarily cooperates with federal immigration officials, as this understandably can cause immigrants to avoid interacting with core municipal actors.

Perhaps most obviously, research has shown that when immigrants perceive that local law enforcement officials work with U.S. Immigration and Customs

Enforcement ("ICE"), they are deterred from reporting crime.[2] In a study of immigrant communities in Everett, Massachusetts, people shared their reluctance to report crime out of fear. [3] As one participant explained, "[I] don't feel free to go to police department and report a crime. [I'm] afraid to say because they might take me to investigation. I can't share information with the police. I am afraid because I am undocumented." Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 SOC. SCI. & MED. 586, 591 (2011). Another study of four counties across the country found that Latinos, irrespective of their immigration status, were less likely to volunteer information about crime for fear that local police would ask about the immigration status of themselves or those in their communities.[4]

---

[2] Hamutal Bernstein et al., *Adults in Immigrant Families Report Avoiding Routine Activities Because of Immigration Concerns*, Urb. Inst. (2019), https://www.urban.org/sites/default/files/publication/100626/2019.07.22_immigrants_avoiding_activities_final_v2_3.pdf (finding that in families where at least one foreign-born relative did not have a green card or naturalized citizenship, 19.2% of adults avoided talking to the police).

[3] Karen Hacker et al., *The Impact of Immigration and Customs Enforcement on Immigrant Health: Perceptions of Immigrants in Everett, Massachusetts, USA*, 73 SOC. SCI. & MED. 586, 590-91 (2011), https://www.sciencedirect.com/science/article/pii/S0277953611003522.

[4] Nik Theodore, U. Ill. at Chi., *Insecure Communities: Latino Perceptions of Police Involvement in Immigration Enforcement* 17 (2013), https://greatcities.uic.edu/wp-content/uploads/2014/05/Insecure_Communities_Report_FINAL.pdf.

Such impacts are especially pronounced for survivors of domestic violence, who are often threatened with deportation by their abusers if they report the abuse.[5] Reports from advocates who represent immigrant survivors of domestic and sexual violence reflect this reality: in one study, 76 percent of advocates reported that their immigrant clients had concerns about contacting the police and 52 percent of advocates reported working with immigrant survivors who dropped their civil or criminal cases against an abuser out of fear.[6] The ability to report domestic and sexual violence is critical to supporting immigrant women, who are often left vulnerable to domestic violence due to factors like language barriers, economic insecurity, and lack of familiarity with available support systems.[7]

Notably, the desire to pull back extends beyond limiting interactions with police. For example, in the healthcare context, fear that medical providers will relay information to ICE can cause immigrants to avoid medical attention, resulting in

---

[5] Michael Runner et al., Family Violence Prevention Fund for the Robert Wood Johnson Found., *Intimate Partner Violence in Immigrant and Refugee Communities: Challenges, Promising Practices and Recommendations* 12 (2009), https://irp.cdn-website.com/25448aaa/files/uploaded/IPV-in-Immigrant-and-Refugee-Communities-Challenges-Promising-Practices-Recommendations.pdf.
[6] *Survey of Advocates Reveals Immigration Survivors Fear Reporting Violence*, Tahirih Justice Center (June 4, 2019), https://www.tahirih.org/news/survey-of-advocates-reveals-immigrant-survivors-fear-reporting-violence/.
[7] Runner, *supra* note 5 at 12.

delayed care, missed preventative services, and treatment interruptions.[8] Research has shown that Latinos, regardless of immigration status, are less likely to see a healthcare provider when immigration is mentioned.[9] In areas with heightened immigration enforcement, Latinos are less likely to trust health information from government agencies, as a result of decreased trust in government more generally.[10] Delayed visits mean that when patients do seek care, they arrive sicker and with more advanced illness,[11] making it harder to achieve good health outcomes and hindering overall cost-effectiveness in the healthcare system.[12]

Case studies have documented these impacts. For example, following the passage of SB 1070 in Arizona, the controversial "show me your papers" law which expanded local police power to detain individuals suspected to be without lawful

---

[8] Hacker, *supra* note 3 at 591-93; Physicians for Hum. Rts., *Consequences of Fear: How the Trump Administration's Immigration Policies and Rhetoric Block Access to Healthcare* 6 (2025), https://phr.org/wp-content/uploads/2025/04/Consequences-of-Fear_Research-Brief_PHR_April-2025.pdf#xd_co_f=ZGIwMGUwZWEtOTI0OC00MjMwLTgxN2ItMGQ2Njg4NDVlOWI0~.

[9] Francisco Pedraza et al., *Cautious Citizenship: The Deterring Effect of Immigration Issue Salience on Health Care Use and Bureaucratic Interactions among Latino US Citizens*, 42 J. HEALTH POL., POL'Y & L. 925, 927-28 (2017), https://read.dukeupress.edu/jhppl/article-abstract/42/5/925/131418/Cautious-Citizenship-The-Deterring-Effect-of?redirectedFrom=fulltext.

[10] Vanessa Cruz Nichols et al., *Spillover Effects: Immigrant Policing and Government Skepticism in Matters of Health for Latinos*, 78 PUB. ADMIN REV. 432, 440 (2018), https://onlinelibrary.wiley.com/doi/10.1111/puar.12916.

[11] Physicians for Hum. Rts., *supra* note 8 at 6.

[12] Medha D. Makhlouf, *Health Care Sanctuaries*, 20 YALE J. HEALTH POL'Y, L. & ETHICS 1, 51 (2021).

status, healthcare providers reported "dramatic changes in clinic intake and service use" including a decrease in doctor visits, vaccinations, HIV education, diabetes education, prenatal care, and medication procurement.[13] Study participants also reported that because of SB 1070, they feared traveling outside their neighborhoods to access healthy food and were hesitant to let their children exercise outside, further diminishing community health. Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 AM. J. PUB. HEALTH at 1251.

Finally, immigration-related fears can push immigrants into the shadows in other ways, including avoidance of everyday activities that make up the fabric of a thriving community.[14] For example, a 2019 study found that fear of deportation and family separation resulted in immigrants and their families, including those with status, avoiding routine activities like driving a car; applying for a driver's license; going to public places such as parks, libraries, and stores; using public transportation; and speaking with teachers and school officials.[15] These fears also cause immigrants

---

[13] Lisa J. Hardy et al., *A Call for Further Research on the Impact of State-Level Immigration Policies on Public Health*, 102 AM. J. PUB. HEALTH 1250, 1252 (2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3477996/pdf/AJPH.2011.30 0541.pdf.
[14] Hacker, *supra* note 3 at 11.
[15] Bernstein et al., *supra* note 2.

to miss work and pull their children out of school, resulting in economic losses and poor academic performance.[16]

## II. The Boston Trust Act was passed to stengthen trust between the City of Boston and immigrant communities, such that immigrants would be empowered to fully participate in their communities.

Massachusetts communities are not strangers to the negative impacts of the fears described above, which can diminish public health and safety for all Commonwealth residents, immigrant and non-immigrant alike. To address these harms, in the early-to-mid 2010s, immigrants' rights advocates in Massachusetts began coordinating to pass statewide and municipal trust act policies.[17]

In 2014, the Boston City Council unanimously passed the Boston Trust Act, with many of the undersigned amici advocating for such passage. The 2014 Boston Trust Act prohibited city law enforcement from holding a person on a federal detainer request absent a criminal warrant.[18] This policy was rooted in the understanding that when local law enforcement hold people on federal detainers, "immigrant residents

---

[16] *See* Rebecca Davis O'Brien & Miriam Jordan, *A Chill Sets in for Undocumented Workers, and Those Who Hire Them*, N.Y. Times (Mar. 9, 2025), https://www.nytimes.com/2025/03/09/business/economy/immigrant-workers-deportation-fears.html; Patricia Gándara et al., *The Impact of a Broken Immigration System on U.S. Students and Schools* (2023), https://escholarship.org/uc/item/2rq7q7hh.
[17] Boston City Council, *Public Safety & Criminal Justice on March 10, 2025*, YOUTUBE (Mar. 10, 2025), https://www.youtube.com/watch?v=_k1_ms1TrrA&t=4s.
[18] Boston Trust Act, BOS., MASS. MUN. CODE ch. 11-1.9 (2014).

are less likely to cooperate and public trust erodes, hindering the ability and effectiveness of Boston's police force." *Id.* More generally, the Act stressed the importance of creating a welcoming city and ensuring that "all immigrants are able to fully participate in the civic and economic life of their neighborhoods." *Id.*

In 2019, concerns over the Trust Act's efficacy[19] resulted in additional community advocacy to strengthen its protections. Immigrants rights groups—many of whom have signed onto this brief—advocated for further separating local law enforcement and other municipal activities from federal immigration enforcement. For example, during a hearing before the City Council in April 2019, immigrant José Martin Paz Flores——whose story was central to the 2019 amendments—recounted the economic and psychological harms he and his family experienced when the Boston Police Department helped coordinate Mr. Paz's arrest in coordination with ICE, at the bequest of Mr. Paz's employer.[20] Rosa Benitez, Mr. Paz's wife, also spoke at the hearing, describing her overwhelming fear after the incident and sharing that the experience was "something I wouldn't wish on anyone." Boston City Council, *Committee on Civil Rights on April 9, 2019*, (Apr. 9, 2019). Mrs. Benitez implored that "the police not get engaged with these immigration issues." *Id.*

---

[19] *See* Milton Valencia, *Boston Trust Act to be reviewed after city police informed ICE of immigrants' whereabouts*, Boston Globe (Apr. 9, 2019), https://www.bostonglobe.com/metro/2019/04/09/boston-trust-act-reviewed-after-city-police-informed-ice-immigrants-whereabouts/leVvfmkbXpekMKX7wtf7PK/story.html.
[20] Boston City Council, *Committee on Civil Rights on April 9, 2019*, YOUTUBE (Apr. 9, 2019), https://www.youtube.com/watch?v=9HnYKoQ2HfA.

In their testimony, immigrants' rights advocates echoed these sentiments, emphasizing the importance of living up to the Trust Act's intent. MIRA's Amy Grunder shared the harms that occur when local law enforcement participates in federal immigration enforcement:

> Without clear and publicized limits for police involvement in immigration activities, members of Boston's immigrant communities can't safely turn to public officials for help and they effectively lose access to all of the protections of the law. Protections from domestic abuse and other crimes, from wage theft, and from dangerously substandard housing . . . the list goes on.

*Id.* Heloisa Maria Galvão, the co-founder of the Brazilian Women's Group, a Boston-area immigrants' rights organization, spoke to immigrants' fear that interactions with local law enforcement may result in deportation and how that fear impedes the ability of immigrants to feel safe in their communities:

> [Immigrants] need to feel safe at school, they need to feel safe at home. I have to be able to tell [these immigrants], 'You are safe at school, you are safe in the streets . . .'. They will not believe me if the narrative out there is that the Boston Police Department is working with immigration.[21]

In the wake of this advocacy, the Boston City Council amended the Trust Act in 2019 to include additional protections, such as prohibiting City officials from asking about immigration status and performing the function of an immigration

---

[21] Boston City Council, *Committee on Government Operations on September 13, 2019*, YOUTUBE (Sept. 13, 2019), https://www.youtube.com/watch?v=t_FvzGOt8g0&t=

officer.[22] Since those amendments, the City Council re-affirmed the Trust Act in 2024.[23]

**III.    The Boston Trust Act has helped build trust between immigrants and the City of Boston, resulting in benefits to all Bostonians regardless of immigration status, as seen through the lived experiences of immigrants and immigrants' rights advocates.**

Emerging literature suggests that policies like the Trust Act help mitigate the harms caused by fear of immigration enforcement.[24] While the work to make immigrant communities feel safe in Boston is an ongoing process, the Trust Act has been a critical step toward building and strengthening trust between immigrant communities and the City to allow immigrants to more fully partipate in all aspects of Boston life. In the current environment, it is exceptionally difficult for immigrants to share their stories, and many remain too afraid to do so.[25] But that fear would only be exacerbated without the Trust Act, as stories from immigrants and organizations who were able to come forward show the positive impact of that Act and the importance of keeping its protections in place. These stories highlight several key benefits, including that the Trust Act helps: facilitate trust between immigrants and

---

[22] Boston Trust Act, BOS., MASS. MUN. CODE ch. 11-1.9 (2019).
[23] *See* Bos. City Council Legis. Res. 20241788 (2024).
[24]  *See* Elizabeth Ennen et al., *Safe Communities in Massachusetts The Response of Massachusetts Municipalities to the Immigration Enforcement Policies of the Trump Administration* 20 (2023), https://law.northeastern.edu/wp-content/uploads/2023/10/phrge-safe-communities-report.pdf.
[25] Due to this fear and because of the potential harm of disclosing their identities, those who have shared their stories have done so anonymously.

local law enforcement, allow immigrants to feel sufficiently safe to leave the home and access services essential to health and wellbeing, and enable students to learn in a safe and supportive environment.

For example, immigrants in Boston have described how the trust fostered with local law enforcement because of the Act has made it possible for them to seek support in the aftermath of crime. One immigrant recounted:

> I have lived in Boston for 22 years and I have two children who are American citizens. Without the Trust Act, I wouldn't be able to go to work peacefully or trust the Boston police when I needed their support, like when I was robbed and all my documents were stolen. I would be afraid to call the police and report it because I am an undocumented immigrant.

The Brazilian Women's Group shared how the Trust Act has helped restore trust between immigrants and the police, where otherwise there was a culture of fear. The Group described that without this trust in place, women would not feel safe enough to leave their homes, obstructing their ability to go to work and seek medical care:

> At the Brazilian Women's Group, we have been working closely with immigrant women. . . . [These women] are afraid to go out to work and to medical appointments and others, they are terrified of being stopped by police and turned over to ICE agents. The Boston Trust Act helps to restore the trust between residents and police which is key to making people feel safer. This feeling is not felt in other cities and towns of Massachusetts because there are reports of local police working with immigration.

Another immigrant described how without the Trust Act, her fear would otherwise interfere with her ability to take her daughter—an American citizen—to school and to the doctor:

> I have lived in Boston for 25 years and I have a 15-year-old daughter. If we lost the Trust Act, it will affect everyone in my family. I am a housecleaner, the mother of an American citizen whom I raised alone. If we don't have a law that makes me feel safe I would have difficulty taking my daughter to the doctor, to school, or any other place.

Immigrants' rights advocates also highlighted the Act's central aims of creating an inclusive, welcoming city. Gloribell Mota, an immigrants' rights advocate in East Boston with over two decades of experience, stressed one of the key benefits of the Trust Act was asserting the City's commitment to immigrant neighbors, so that immigrants can participate fully in public life:

> Passing the 2019 Trust Act allowed us to reiterate the City's commitment to our immigrant neighbors, so they can be active participants in the civic fabric of our neighborhoods. The Trust Act provides members of our community with the strong message that they are welcome and part of co-creating a vibrant, safe, and inclusive community. . . . .The Trust Act . . . restores trust between the community and local police enforcement by building community relations instead of serving as immigration enforcement for an outdated system.

Other advocates stressed the Trust Act's role in creating safe schools and workplaces. For example, Nora Paul-Schultz, a high school science teacher working within the Boston Public Schools relayed the benefit of detangling local law enforcement from federal immigration enforcement:

> As an educator in Boston, I often worry about the criminalization of my students and the young people of Boston in general. I know that teenagers do not always make the best decisions and that it is my job to

> help students learn from these decisions. I also know these decisions can at times have catastrophic consequences when police become involved. This happens at higher rates to our Black and brown students—even for infractions that would be considered "teenage mistakes" when committed by a white student. Any interaction with police, including arrest, can have huge impacts on a student's life. For our undocumented students, without the protection of the Trust Act, this arrest or police interaction can lead to detainment or deportation. . . . We must protect our young people from having the consequences of police involvement mean that they are detained far from their families and communities or sent back to a country where it is not safe. We know full well that young people need to have consequences for their actions, but these should be ones that they can learn from and allow them to continue to grow.

The benefits of the Trust Act also extend to the workplace. The 2019 amendments to the Act were designed to address gaps in the original bill, which had left immigrants, such as José Martin Paz Flores, vulnerable to retaliation by their employers. Audrey Richardson, Managing Attorney of the Workers' Rights Unit at Greater Boston Legal Services, who represented Mr. Paz, told the story of how the strengthened Trust Act represents progress in helping to protect workers' from workplace exploitation and abuse:

> The intense community outrage over BPD's role in facilitating Mr. Paz's arrest by ICE was a central motivator for the 2019 changes to the Trust Act. . . . The strengthened Trust Act helps workers like Mr. Paz have confidence that the BPD will not play this kind of role in immigration enforcement. In addition to enabling members of immigrant communities to report crimes and support BPD investigations and prosecutions, the Trust Act protects immigrant workers more broadly from workplace exploitation and abuse. It assures workers that if they come forward to enforce their workplace rights, unscrupulous employers cannot call upon the power of local law enforcement to supercharge their efforts to threaten, intimidate, and retaliate.

By helping to seed trust with City institutions and actors, the Trust Act serves as an important building block towards allowing immigrants to feel safer in, and engage more fully with, their communities.

## CONCLUSION

Because the Boston Trust Act is lawful and helps promote the safety, health, and welfare of all of Boston's residents—both citizens and immigrants—amici respectfully ask this Court to grant the City of Boston's Motion to Dismiss.

Date: November 25, 2025    Respectfully submitted,

/s/ *Jessie J. Rossman*
Jessie J. Rossman (No. 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jsrossman@aclum.org

*Counsel for amici curiae*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

November 25, 2025
                              */s/ Jessie J. Rossman*
                              Jessie J. Rossman