UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff**,**<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>Defendants**.** | )<br>)<br>)  **CIVIL ACTION**<br>)  **NO. 1:25-cv-12456-LTS**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF RUPA BHATTACHARYYA

Please enter the appearance of Rupa Bhattacharyya, Esq. on behalf of Amici Curiae 27 Cities, Counties, and Elected Officials in the above-captioned action.

Respectfully submitted,

*/s/ Rupa Bhattacharyya*
Rupa Bhattacharyya
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (202) 622-4036
rupa.bhattacharyya@georgetown.edu

Dated:  November 25, 2025

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Rupa Bhattacharyya

RUPA BHATTACHARYYA
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (202) 622-4036
rupa.bhattacharyya@georgetown.edu