UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA <br> Plaintiff, <br> v. <br> THE CITY OF BOSTON, *et al.*, <br> Defendants. | **CIVIL ACTION** <br> **NO. 1:25-cv-12456-LTS** |

### NOTICE OF APPEARANCE OF TINESHA ZANDAMELA

Please enter the appearance of Tinesha Zandamela, Esq. on behalf of Amici Curiae 27 Cities, Counties, and Elected Officials in the above-captioned action.

Respectfully submitted,

*/s/ Tinesha Zandamela*
Tinesha Zandamela
INSTITUTE FOR CONSTITUTIONAL ADVOCACY & PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (801) 814-8030
tcz7@georgetown.edu

Dated: November 25, 2025

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Tinesha Zandamela*
Tinesha Zandamela
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (801) 814-8030
tcz7@georgetown.edu