AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 25-cv-12456-LTS |
| City of Boston et al. | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Law Enforcement Officials

Date:   11/25/2025

_____
Attorney's signature

Ames C. Grawert
Printed name and bar number

Brennan Center for Justice
120 Broadway, 17th Floor
New York, New York 10271
Address

grawerta@brennan.law.nyu.edu
E-mail address

(646) 292-8354
Telephone number

FAX number