AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>City of Boston et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  25-cv-12456-LTS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Law Enforcement Officials

Date:     11/26/2025

*Attorney's signature*

Brianna Seid
*Printed name and bar number*

Brennan Center for Justice
120 Broadway, 17th Floor
New York, New York 10271
*Address*

seidb@brennan.law.nyu.edu
*E-mail address*

917-358-1838
*Telephone number*

*FAX number*

Print    Save As...    Reset