UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-012456-LTS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of the deadline to file a response to Defendants' Motion to Dismiss, ECF No. 15. Plaintiff's response is currently due by December 17, 2025. Plaintiff requests an extension of that deadline to **January 7, 2026**. The parties have conferred, and Defendants have consented to this motion.

Defendants have requested, and Plaintiff does not oppose, that the deadline for Defendants' reply memorandum be correspondingly extended to **January 28, 2026**.

Plaintiff requests this extension due to competing work obligations of undersigned counsel over the next several weeks. Extension of this deadline will cause no prejudice to any party and will not affect any other deadlines in this case.

For the reasons above, good cause exists to grant this motion and for the Court to set the following deadlines for responsive briefing to Defendants' Motion to Dismiss:

- Plaintiff's response due **January 7, 2026**;

1

- Defendants' reply memorandum due **January 28, 2026**.

A proposed order accompanies this motion.

Dated: December 9, 2025                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JAQUELINE COLEMAN SNEAD
Assistant Director
Civil Division, Federal Programs Branch

/s/ *James J. Wen*
JAMES J. WEN
JORDAN HULSEBERG
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-7361
E-mail: james.j.wen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATION OF SERVICE**

      I hereby certify that, on December 9, 2025, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                           /s/ *James J. Wen*
                                                           JAMES J. WEN