UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF BOSTON, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-012456-LTS |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time, it is hereby ORDERED that Plaintiff's motion is granted, and it is further ORDERED that:

- Plaintiff's response to the Motion to Dismiss, ECF No. 15, shall be due **January 7, 2026**;

- Defendants' reply memorandum shall be due **January 28, 2026**.

Signed this ____ day of _____, 2025

_____
Hon. Leo T. Sorokin
United States District Judge