UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,<br><br>*Defendants*. | Case No. 1:25-cv-12456-LTS |

**UNOPPOSED MOTION TO INCREASE PAGE LIMITATIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION**

Pursuant to Local Rule 7.1(b)(4), the United States moves to increase the 20-page limit for its Memoranda in Opposition to Defendants' Motion to Dismiss by five pages and for a commensurate increase in the page limit of Defendants' Reply to Plaintiff's Opposition. This case presents significant legal issues related to federalism, the Intergovernmental Immunity Doctrine, and the scope of the Tenth Amendment. The additional requested pages are necessary to adequately address those issues. Accordingly, there is good cause for the five-page enlargement of the page limit. Defendants do not oppose this motion.

Dated: January 5, 2026

                                                                                         Respectfully submitted,

                                                                                         BRETT A. SHUMATE
                                                                                         Assistant Attorney General

Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Jordan Hulseberg*
JORDAN HULSEBERG
JAMES J. WEN
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-3856
E-mail: Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*