UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>CITY OF BOSTON, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-12456-LTS<br>Judge Leo T. Sorokin |

**[PROPOSED] ORDER**

Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion to stay agency action. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of January, 2026

_____
LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

1