*City of Boston*
*Law Department*

April 1, 2026

**Via ECF**
Honorable Leo T. Sorokin
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Your Honor:

Defendants in the above-referenced action write to provide notice to the Court of a Memorandum and Order in *United States v. Colorado*, No. 1:25-cv-01391 (D. Colo. Mar. 31, 2026), attached as Exhibit A. In that case, the United States challenged Colorado and Denver laws that limit the use of state and local resources for federal immigration enforcement purposes. In its decision granting the defendants' motions to dismiss pursuant to Rule 12(b)(6), the District Court found that the result sought by the United States "would run afoul of the Tenth Amendment" by seeking "to conscript Colorado and Denver resources to implement the federal immigration scheme."

Defendants request that the Court consider this decision when evaluating Defendants' pending Motion to Dismiss.

Respectfully submitted,

 */s/ Samuel B. Dinning*
Samuel B. Dinning
Senior Asst. Corporation Counsel

cc:    Plaintiff's Counsel of Record (**Via ECF**)