# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA,

                Plaintiff,

        v.

THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity,

                Defendants.

Case No. 1:25-cv-12456-LTS

## MOTION FOR ADMISSION *PRO HAC VICE* OF GRACE LEE

Pursuant to Local Rule 83.5.3, Defendants move for the *pro hac vice* admission of attorney Grace Lee as counsel for all Defendants in the above-titled action.  This motion is supported by the Declaration of Grace Lee, attached.

Ms. Lee is admitted to practice law by the District of Columbia, the State of New York, the Southern District of New York, and the Eastern District of New York. As set forth in Ms. Lee's declaration, she is a member in good standing in every jurisdiction where she is admitted to practice, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Toby R. Merrill, an active and sponsoring member of the bar of this Court.

Dated: April 02, 2026

*/s/ Toby Merrill*
Toby Merrill (BBO # 601071)
Litigation Director, Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
707-297-3837
toby.merrill@publicrightsproject.org

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing motion for admission *pro hac vice* of Grace Lee, and the supporting declaration using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 02, 2026

*/s/ Toby Merrill*
Toby Merrill (BBO # 601071)
Litigation Director
Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
707-297-3837
toby.merrill@publicrightsproject.org

*Counsel for Defendants*