**DECLARATION OF GRACE LEE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Grace Lee, hereby certify and state:

1.  I am a Staff Attorney with Public Rights Project.

2.  My business address is 490 43rd St., Unit # 115, Oakland, CA 94609.  My business telephone number is (510) 224-3917.  My email address is grace.lee@publicrightsproject.org.

3.  I am admitted to practice law with the bars of: District of Columbia (#90021719), State of New York (#5768148), Southern District of New York, and Eastern District of New York. I am a member in good standing of the bars of all jurisdictions where I am admitted to practice.

4.  I have not been suspended or disbarred in any jurisdiction and have no disciplinary proceedings pending against me.

5.  I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

6.  I have not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 02, 2026.

_/s/ Grace Lee_
Grace Lee (DC # 90021719)
Staff Attorney
Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
(510) 224-3917
grace.lee@publicrightsproject.org