AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-12456-LTS |
| THE CITY OF BOSTON, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                       .

Date:     04/06/2026

/s/ Grace Lee
*Attorney's signature*

Grace Lee (DC # 90021719)
*Printed name and bar number*

Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
*Address*

grace.lee@publicrightsproject.org
*E-mail address*

(510) 224-3917
*Telephone number*

*FAX number*

**Print**        **Save As...**                                        **Reset**