AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-12456-LTS |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                          .

Date:    04/29/2026

/s/ Sean Skedzielewski
*Attorney's signature*

Sean Skedzielewski, NY #6112429
*Printed name and bar number*

Counsel to the Assistant Attorney General
United States Department of Justice - Civil Division
950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

Sean.Skedzielewski@usdoj.gov
*E-mail address*

(202) 307-1697
*Telephone number*

*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I, Sean Skedzielewski, hereby certify that on April 29, 2026, I electronically filed the

foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system.


BY:     _s/ Sean Skedzielewski_
        Sean Skedzielewski