**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>The United States of America</u>

        Plaintiff,

                        CIVIL ACTION NO. <u>1:25-12456-LTS</u>

    V.

<u>City of Boston et al.,</u>

        Defendants.

## <u>ORDER OF DISMISSAL</u>

<u>Sorokin, D. J.</u>

      In accordance with the Court's ORDER ON MOTION TO DISMISS, Dkt. No. 72, dated <u>May 28, 2026,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                    By the Court,

<u>5/28/2026 </u>                 <u> /s/ Flaviana de Oliveira </u>
    Date                        Deputy Clerk