AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-12456 |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                         .

Date:    07/23/2026

/s/ Luke A. Miller
*Attorney's signature*

Luke A. Miller (MN Bar No. 0504247)
*Printed name and bar number*

Post Office Box 386
Washington, DC  20044-0386

*Address*

Luke.Miller2@usdoj.gov
*E-mail address*

(202) 598-7479
*Telephone number*

*FAX number*

Print          Save As...          Reset