# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA,

        Plaintiff,

  v.

THE CITY OF BOSTON; MICHELLE
WU, Mayor of the City of Boston, in her
Official Capacity; BOSTON POLICE
DEPARTMENT; MICHAEL A. COX,
Police Commissioner, in his Official
Capacity,

        Defendants.

No. 1:25-cv-12456-LTS

## NOTICE OF APPEAL

Please take notice that Plaintiff the United States of America hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Order on Defendants' Motion to Dismiss, ECF No. 72, and Order Dismissing Case, ECF No. 73, entered on May 28, 2026.

DATED: July 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Deputy Director
Civil Division
Enforcement and Affirmative Litigation Branch

/s/ *Luke A. Miller*
LUKE A. MILLER
Trial Attorney

U.S. Department of Justice
Civil Division
Enforcement and Affirmative Litigation Branch
Post Office Box 386
Washington, DC  20044-0386
Telephone: (202) 598-7479
E-mail: Luke.Miller2@usdoj.gov

*Counsel for Plaintiff*

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that, on July 23, 2026, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ *Luke A. Miller*</u>

LUKE A. MILLER