# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:    The United States of America v. City of Boston et al

District Court Number:    1:25-cv-12456-LTS

Fee:    Paid?   Yes _____   No __X__   Government filer __X__   *In Forma Pauperis* Yes _____   No __X__

Motions Pending    Yes _____ No __X__          Sealed documents    Yes _____ No __X__
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents    Yes _____ No __X__      Transcripts    Yes __X__ No _____
*If yes, document #* _____          *If yes, document #*    70 _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

 ECF No. 72 Order on Motion to Dismiss, ECF No. 73 Order Dismissing Case
Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #72, #73, #75

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 75 _____ filed on July 23, 2026 _____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 24, 2026 _____.

**ROBERT M. FARRELL**
Clerk of Court

 /s/ Flaviana de Oliveira _____
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**