UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
_____
Plaintiff

v.

Civil Action Number  1:25-cv-12456-LTS  _____

CITY OF BOSTON
_____
Defendant

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for the United States in this case.

Respectfully submitted,

Jordan A. Hulseberg, Trial Attorney
_____
Attorney Name
U.S. Department of Justice, Civil Division, Federal Programs Branch
_____

1100 L St. NW, Washington, D.C. 20005
_____

(202) 598-3856
_____

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  N/A  _____.

/s/ Jordan A. Hulseberg
_____