**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:25-cv-12456-LTS |
| v. | |
| CITY OF BOSTON et al., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.5.2(c), undersigned counsel Sean Skedzielewski hereby withdraws as counsel for the United States in the above-captioned matter. Mr. Skedzielewski is withdrawing from this matter because he is resigning from the United States Department of Justice. Plaintiff remains represented by other counsel of record from the United States Department of Justice in the matter.

DATED: August 5, 2026

Respectfully Submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
NY Bar No. 6112429
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
Tel. 202-307-1697
Sean.Skedzielewski@usdoj.gov

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Sean Skedzielewski*