UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
                  Plaintiff

v.                                              Civil Action Number  1:25-cv-12456-LTS

CITY OF BOSTON
                  Defendant

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for the United States in this case.

Respectfully submitted,

James J. Wen, Trial Attorney
Attorney Name
U.S. Department of Justice, Civil Division, Federal Programs Branch

1100 L St. NW, Washington, D.C. 20005

(202) 616-8185

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  N/A        .

/s/ James J. Wen