UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
_____
Plaintiff

v.

Civil Action Number  1:25-cv-12456-LTS

THE CITY OF BOSTON, ET AL.
_____
Defendant

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for Amici Curiae 27 Cities,

Counties, and Elected Officials in this case.

Respectfully submitted,

Tinesha Zandamela
_____
Attorney Name
Institute for Constitutional Advocacy and Protection, Georgetown University Law Center

600 New Jersey Avenue NW Washington, DC 20001
_____

(801) 814-8030
_____

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically
to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants on  n/a_____.

/s/ Tinesha Zandamela
_____