**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON<br><br>Defendants. | No. 1:25-cv-12456 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Brianna Seid respectfully withdraws as counsel for Amici Curiae Law Enforcement Officials. Seid is no longer employed by the Brennan Center for Justice at NYU School of Law, counsel for Amici Curiae.

Undersigned counsel submits this withdrawal on her behalf and with her consent. Amici Curiae remain represented by other counsel of record, including the undersigned.

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Ames C. Grawert*

Ames C. Grawert
Brennan Center for Justice
at NYU School of Law

*Counsel for Amici Curiae Law Enforcement Officials*

To: All counsel of record (via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Ames C. Grawert*
Ames C. Grawert
Brennan Center for Justice
at NYU School of Law

*Counsel for Amici Curiae Law Enforcement Officials*