UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES,
Plaintiff

v. Civil Action Number 1:25-cv-12456

THE CITY OF BOSTON, ET AL.,
Defendant

# NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for Defendants THE CITY OF BOSTON; MICHELLE WU, Mayor of the City of Boston, in her Official Capacity; BOSTON POLICE DEPARTMENT; MICHAEL A. COX, Police Commissioner, in his Official Capacity in this case, upon the completion of all mediation proceedings.

Respectfully submitted,

Erin Monju*
Attorney Name

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
erin.monju@publicrightsproject.org

*Licensed in New York and Washington, D.C. Not licensed to practice law in California.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on __N/A____.

_________*/s/ Erin Monju* __________________________